UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
                 Plaintiff,    )            File No.
                               )        5:24-CR-00200-D-BM-6
        v.                     )
                               )
SHAKEIM WEEKS,                 )
                               )
                 Defendant.    )

        * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                    THURSDAY, MAY 22, 2025
               TRANSCRIPT OF SENTENCING HEARING
           BEFORE THE HONORABLE JAMES C. DEVER III
                UNITED STATES DISTRICT JUDGE

        **(PURSUANT TO STANDING ORDER 22-SO-1, PORTIONS OF ALL
        GUILTY PLEA AND SENTENCING TRANSCRIPTS ARE RESTRICTED)**

APPEARANCES:

ON BEHALF OF THE GOVERNMENT:

        CASEY PEADEN, ESQUIRE
        U.S. ATTORNEY'S OFFICE
        150 FAYETTEVILLE STREET, SUITE 2100
        RALEIGH, NORTH CAROLINA 27601

ON BEHALF OF THE DEFENDANT:

        F. HILL ALLEN, IV, ESQUIRE
        COLIN SHIVE, ESQUIRE
        THARRINGTON SMITH
        150 FAYETTEVILLE STREET, SUITE 1800
        RALEIGH, NORTH CAROLINA 27601

                JENNIFER C. CARROLL, RMR, CRR, CRC
                    OFFICIAL COURT REPORTER
                 UNITED STATES DISTRICT COURT
                     RALEIGH, NORTH CAROLINA
             STENOTYPE WITH COMPUTER-AIDED TRANSCRIPTION

|   |   |
|---|---|
| | 1 | <u>THURSDAY, MAY 22, 2025, AT 1:38 P.M.</u> |

13:38:05   2    **P R O C E E D I N G S**

13:38:05   3    THE COURT:  WE'LL NEXT TAKE UP THE SENTENCING OF

13:38:07   4    SHAKEIM WEEKS.

13:39:35   5    (DEFENDANT IS ESCORTED INTO THE COURTROOM.)

13:39:56   6    THE COURT:  GOOD AFTERNOON, MR. ALLEN AND

13:39:58   7    MR. SHIVE.  ARE YOU AND MR. WEEKS READY TO PROCEED?

13:40:00   8    MR. ALLEN:  WE ARE, YOUR HONOR.  THANK YOU.

13:40:02   9    THE COURT:  AND GOOD AFTERNOON, MS. PEADEN.  IS

13:40:03   10   THE UNITED STATES READY?

13:40:04   11   MS. PEADEN:  GOOD AFTERNOON, YOUR HONOR.  WE ARE.

13:40:05   12   THE COURT:  AT THIS TIME I WOULD ASK THAT

13:40:07   13   MR. WEEKS BE SWORN OR AFFIRMED.

13:40:09   14   (THE DEFENDANT IS ADMINISTERED THE OATH.)

13:40:18   15   THE COURT:  MR. WEEKS, DO YOU UNDERSTAND THAT

13:40:19   16   HAVING BEEN SWORN, THAT YOUR ANSWERS TO MY QUESTIONS ARE

13:40:22   17   SUBJECT TO THE PENALTY OF PERJURY AND IF YOU WERE TO LIE TO

13:40:25   18   ME, YOU COULD BE PROSECUTED FOR PERJURY OR FOR MAKING A

13:40:28   19   FALSE STATEMENT?

13:40:28   20   THE DEFENDANT:  YES, SIR.

13:40:28   21   THE COURT:  HAVE YOU TAKEN ANY KIND OF MEDICINE OR

13:40:31   22   ANY OTHER SUBSTANCE IN THE LAST 48 HOURS THAT AFFECTS YOUR

13:40:33   23   ABILITY TO HEAR AND UNDERSTAND THIS PROCEEDING?

13:40:35   24   THE DEFENDANT:  NO, SIR.

13:40:35   25   THE COURT:  DO YOU KNOW WHY YOU'RE HERE TODAY?

13:40:36    1        THE DEFENDANT:  YES, SIR.

13:40:37    2        THE COURT:  MR. ALLEN, DO YOU HAVE ANY REASON TO

13:40:38    3   DOUBT MR. WEEKS'S COMPETENCE TO GO FORWARD TODAY?

13:40:41    4        MR. ALLEN:  I DO NOT, YOUR HONOR.

13:40:42    5        THE COURT:  DOES THE UNITED STATES HAVE ANY REASON

13:40:43    6   TO DOUBT MR. WEEKS'S COMPETENCE TO GO FORWARD TODAY?

13:40:45    7        MS. PEADEN:  NO, YOUR HONOR.

13:40:45    8        THE COURT:  BASED ON MR. WEEKS'S ANSWERS TO MY

13:40:47    9   QUESTIONS, MY OBSERVATIONS OF HIM, THE ANSWERS FROM

13:40:50   10   COUNSEL, I FIND THAT HE IS COMPETENT.

13:40:51   11        MR. WEEKS, YOU'RE HERE TODAY HAVING ENTERED A PLEA

13:40:54   12   OF GUILTY TO THE CHARGE OF CONSPIRACY TO DISTRIBUTE AND

13:40:58   13   POSSESS WITH THE INTENT TO DISTRIBUTE 400 GRAMS OR MORE OF

13:41:01   14   A MIXTURE OR SUBSTANCE CONTAINING A DETECTIBLE AMOUNT OF

13:41:05   15   FENTANYL.  YOU ENTERED A PLEA OF GUILTY TO THAT CHARGE IN

13:41:08   16   THIS COURT.  THE SENTENCING GUIDELINES ARE NO LONGER

13:41:10   17   MANDATORY; THEY'RE ADVISORY.  NEVERTHELESS, I'M TO TAKE

13:41:13   18   INTO ACCOUNT THE NOW ADVISORY GUIDELINES.  I DO THIS BY

13:41:15   19   INITIALLY MAKING FINDINGS OF FACT AND CALCULATING AN

13:41:17   20   ADVISORY GUIDELINE RANGE.  I'LL THEN CONSIDER ANY MOTION

13:41:20   21   THAT MIGHT BE MADE THAT MIGHT MOVE THAT RANGE EITHER UP OR

13:41:23   22   DOWN.  I'LL THEN CONSIDER ALL ARGUMENTS THAT MR. ALLEN

13:41:25   23   MAKES ON YOUR BEHALF, BOTH HERE IN COURT AND THE ONES HE'S

13:41:28   24   ALREADY MADE IN THE MEMO HE SUBMITTED, ANY STATEMENT YOU

13:41:31   25   WOULD LIKE TO MAKE, AND THE ARGUMENTS OF THE ASSISTANT

13:41:32 1  UNITED STATES ATTORNEY.  I'LL THEN DETERMINE YOUR SENTENCE

13:41:34 2  AND I'LL ANNOUNCE IT HERE IN COURT TODAY.  THAT WILL BE THE

13:41:37 3  PROCESS WE'LL FOLLOW.

13:41:38 4          MR. ALLEN, DID YOU RECEIVE A COPY OF THE

13:41:40 5  PRESENTENCE REPORT?

13:41:40 6          MR. ALLEN:  WE DID, YOUR HONOR.

13:41:41 7          THE COURT:  MR. WEEKS, DID YOU SPEAK WITH YOUR

13:41:43 8  LAWYER, MR. ALLEN, ABOUT THAT REPORT?

13:41:45 9          THE DEFENDANT:  YES, SIR.

13:41:45 10         THE COURT:  AT THIS TIME THE COURT DIRECTS THAT

13:41:47 11 THE PRESENTENCE REPORT BE PLACED IN THE RECORD UNDER SEAL

13:41:49 12 IN ACCORDANCE WITH RULE 32 OF THE FEDERAL RULES OF CRIMINAL

13:41:52 13 PROCEDURE.  THE COURT ACCEPTS AS ACCURATE THE PRESENTENCE

13:41:55 14 REPORT EXCEPT AS TO MATTERS IN DISPUTE AS SET FORTH IN THE

13:41:57 15 ADDENDUM.  I HAVE REVIEWED THE ENTIRE REPORT, INCLUDING THE

13:42:00 16 ADDENDUM.  THE ADDENDUM DOES CONTAIN AN OBJECTION, AND THEN

13:42:08 17 THE MEMO EXPOUNDED UPON THAT.

13:42:11 18         SO, MR. ALLEN, DOES -- DOES EITHER SIDE WANT TO

13:42:15 19 PUT ON EVIDENCE ASSOCIATED WITH THE OBJECTION?

13:42:17 20         MS. PEADEN:  THE GOVERNMENT DOES INTEND TO CALL

13:42:18 21 THE DETECTIVE, YOUR HONOR.

13:42:19 22         THE COURT:  OKAY.  DOES THE DEFENSE WANT TO PUT ON

13:42:21 23 EVIDENCE?

13:42:22 24         MR. ALLEN:  WE DO NOT NEED TO, YOUR HONOR.  THANK

13:42:24 25 YOU.

| | | |
|---|---|---|
| 13:42:24 | 1 | THE COURT: ALL RIGHT. THEN I'LL HEAR THE |
| 13:42:25 | 2 | EVIDENCE FIRST AND THEN I'LL HEAR ARGUMENTS ABOUT IT. SO |
| 13:42:27 | 3 | THE UNITED STATES MAY CALL ITS WITNESS. |
| 13:42:29 | 4 | MS. PEADEN: THANK YOU, YOUR HONOR. WE CALL |
| 13:42:31 | 5 | DETECTIVE MATTHEW WESCOE. |
| 13:42:41 | 6 | THE CLERK: PLEASE STATE YOUR NAME FOR THE COURT. |
| 13:42:43 | 7 | THE WITNESS: MATTHEW WESCOE. |
| 13:42:45 | 8 | THE CLERK: IF YOU WOULD SPELL YOUR NAME FOR THE |
| 13:42:46 | 9 | COURT. |
| 13:42:46 | 10 | THE WITNESS: M-A-T-T-H-E-W, W-E-S-C-O-E. |
| 13:42:46 | 11 | **MATTHEW WESCOE,** |
| 13:42:59 | 12 | WAS FIRST DULY SWORN AND TESTIFIED AS FOLLOWS: |
| 13:42:59 | 13 | THE COURT: GOOD AFTERNOON, AGENT. |
| 13:43:01 | 14 | YOU MAY EXAMINE THE WITNESS. |
| 13:43:02 | 15 | MS. PEADEN: THANK YOU, YOUR HONOR. |
| 13:43:02 | 16 | DIRECT EXAMINATION BY MS. PEADEN: |
| 13:43:04 | 17 | Q. GOOD AFTERNOON. |
| 13:43:05 | 18 | A. GOOD AFTERNOON. |
| 13:43:05 | 19 | Q. WHAT DO YOU DO FOR A LIVING? |
| 13:43:06 | 20 | A. I AM A DETECTIVE WITH THE RALEIGH POLICE DEPARTMENT |
| 13:43:08 | 21 | AND A TASK FORCE OFFICER WITH THE ATF. |
| 13:43:11 | 22 | Q. HOW LONG HAVE YOU BEEN EMPLOYED BY THE RALEIGH POLICE |
| 13:43:11 | 23 | DEPARTMENT? |
| 13:43:14 | 24 | A. SINCE 2015. |
| 13:43:14 | 25 | Q. AND HOW LONG HAVE YOU BEEN A TASK FORCE OFFICER WITH |

| | | |
|---|---|---|
| 13:43:17 | 1 | THE ATF? |
| 13:43:18 | 2 | A.   SINCE 2022. |
| 13:43:20 | 3 | Q.   IN YOUR CAPACITY WITH THE RALEIGH POLICE DEPARTMENT |
| 13:43:22 | 4 | AND THE ATF, ARE YOU FAMILIAR WITH THE INVESTIGATION |
| 13:43:24 | 5 | INVOLVING SHAKEIM WEEKS? |
| 13:43:26 | 6 | A.   I AM. |
| 13:43:26 | 7 | Q.   THIS DRUG TRAFFICKING ORGANIZATION WAS OBTAINING |
| 13:43:31 | 8 | FENTANYL PILLS FROM MULTIPLE SOURCES; IS THAT CORRECT? |
| 13:43:33 | 9 | A.   THAT'S CORRECT. |
| 13:43:33 | 10 | Q.   WHEN THE GROUP WOULD OBTAIN PILLS FROM ARIZONA, HOW |
| 13:43:36 | 11 | WERE THOSE PILLS TRANSPORTED TO NORTH CAROLINA? |
| 13:43:38 | 12 | A.   BY BUS OR BY AIRPLANE. |
| 13:43:40 | 13 | Q.   AND WHEN THE PILLS WERE TRANSPORTED BY BUS OR |
| 13:43:43 | 14 | AIRPLANE, WOULD A MEMBER OF THE DRUG TRAFFICKING |
| 13:43:44 | 15 | ORGANIZATION TRAVEL WITH THOSE PILLS BACK TO NORTH |
| 13:43:48 | 16 | CAROLINA? |
| 13:43:48 | 17 | A.   YES. |
| 13:43:48 | 18 | Q.   DURING THE COURSE OF THIS INVESTIGATION, DID MULTIPLE |
| 13:43:52 | 19 | MEMBERS OF THE DTO FULFILL THE ROLE OF THE INDIVIDUAL |
| 13:43:56 | 20 | TRAVELING BACK WITH THE PILLS? |
| 13:43:57 | 21 | A.   YES. |
| 13:43:58 | 22 | Q.   FOR EXAMPLE, IS RIDING THE BUS BACK TO NORTH CAROLINA |
| 13:44:01 | 23 | WITH THE PILLS A JOB THAT DAKOTA HENDERSON DID AT LEAST |
| 13:44:05 | 24 | ONCE DURING THIS INVESTIGATION? |
| 13:44:06 | 25 | A.   YES. |

| 13:44:07 | 1 | Q. WAS MR. WEEKS -- SHAKEIM WEEKS ARRESTED AFTER ARRIVING |

Q.   WAS MR. WEEKS -- SHAKEIM WEEKS ARRESTED AFTER ARRIVING
IN DURHAM VIA GREYHOUND BUS IN JUNE OF 2024?

A.   HE WAS.

Q.   AT THAT TIME, WAS HE IN POSSESSION OF APPROXIMATELY 11
KILOGRAMS OF FENTANYL PILLS?

A.   YES.

Q.   ROUGHLY, HOW MANY PILLS DID MR. WEEKS HAVE?

A.   THAT WOULD AMOUNT TO ABOUT A HUNDRED THOUSAND.

Q.   AND WERE THOSE PILLS PACKAGED IN LEGO BOXES WHEN THEY
WERE SEIZED?

A.   THEY WERE.

Q.   IS THAT CONSISTENT WITH OTHER SEIZURES OF FENTANYL
PILLS FROM THIS DTO?

A.   IT IS.

Q.   WHERE DID THE BUS THAT MR. WEEKS ARRIVED IN DURHAM
ORIGINATE FROM?

A.   PHOENIX, ARIZONA.

Q.   DO YOU KNOW HOW MR. SHAKEIM WEEKS ENDED UP IN PHOENIX?

A.   HE TRAVELED OUT THERE SEVERAL DAYS BEFORE HE LEFT.

Q.   WHO DID SHAKEIM TRAVEL TO PHOENIX WITH?

A.   ISAIAH WEEKS.

Q.   DO YOU KNOW WHERE SHAKEIM STAYED WHILE HE WAS IN
ARIZONA?

A.   AT AN AIRBNB.

Q.   DO YOU KNOW WHO STAYED AT THAT AIRBNB WITH SHAKEIM?

| | | |
|---|---|---|
| 13:45:01 | 1 | A.   ALSO ISAIAH WEEKS. |
| 13:45:03 | 2 | Q.   WHY DO YOU THINK THAT THE TWO OF THEM STAYED AT AN |
| 13:45:05 | 3 | AIRBNB IN ARIZONA? |
| 13:45:07 | 4 | A.   THERE'S TEXT MESSAGES IN SHAKEIM'S PHONE DESCRIBING A |
| 13:45:12 | 5 | PUTT-PUTT COURSE AND A POOL IN THE BACKYARD. |
| 13:45:15 | 6 | Q.   IN THE BACKYARD OF THE AIRBNB THAT THE TWO OF THEM ARE |
| 13:45:18 | 7 | STAYING AT? |
| 13:45:19 | 8 | A.   YES. |
| 13:45:19 | 9 | Q.   IS THERE ANY EVIDENCE THAT THIS DRUG TRAFFICKING |
| 13:45:21 | 10 | ORGANIZATION PREVIOUSLY HAD PILLS DELIVERED TO THEM AT |
| 13:45:25 | 11 | AIRBNBs? |
| 13:45:26 | 12 | A.   YES. |
| 13:45:27 | 13 | Q.   SO SHAKEIM TRAVELS TO PHOENIX WITH ISAIAH, AND THEN |
| 13:45:31 | 14 | STAYS WITH ISAIAH WHILE HE'S IN PHOENIX; IS THAT RIGHT? |
| 13:45:35 | 15 | A.   THAT'S CORRECT. |
| 13:45:35 | 16 | Q.   IS THERE ANY EVIDENCE THAT SHAKEIM KNEW WHY HE AND |
| 13:45:39 | 17 | ISAIAH WERE TRAVELING TO PHOENIX? |
| 13:45:40 | 18 | A.   YES. |
| 13:45:40 | 19 | Q.   DO YOU GET SOME OF THAT EVIDENCE FROM SHAKEIM'S CELL |
| 13:45:44 | 20 | PHONE DOWNLOAD? |
| 13:45:44 | 21 | A.   I DID. |
| 13:45:44 | 22 | Q.   ON MAY 17TH, DID SHAKEIM TELL TWO DIFFERENT PEOPLE |
| 13:45:48 | 23 | THAT HIM AND HIS NEPHEW WERE TALKING ABOUT GETTING ONE |
| 13:45:51 | 24 | HUNDRED BAGS? |
| 13:45:52 | 25 | A.   YES. |

13:45:53 1    Q.   IS ISAIAH WEEKS SHAKEIM'S NEPHEW?

13:45:56 2    A.   HE IS.

13:45:56 3    Q.   AND BASED ON YOUR EXPERIENCE AND IN THE CONTEXT OF

13:46:00 4    THIS INVESTIGATION, WHAT'S "A HUNDRED BAGS" REFERRING TO?

13:46:03 5    A.   A HUNDRED THOUSAND FENTANYL PILLS.

13:46:06 6    Q.   AND MAY 17TH, WHEN SHAKEIM IS DISCUSSING GOING TO GET

13:46:11 7    A HUNDRED BAGS, IS THAT ABOUT TWO WEEKS BEFORE HIM AND

13:46:13 8    ISAIAH LEFT FOR PHOENIX?

13:46:15 9    A.   YES.

13:46:15 10   Q.   OTHER THAN SHAKEIM BEING ARRESTED IN POSSESSION OF A

13:46:19 11   HUNDRED THOUSAND FENTANYL PILLS, ARE THERE MESSAGES IN HIS

13:46:22 12   PHONE THAT SUGGEST HE'S TALKING ABOUT FENTANYL PILLS IN

13:46:25 13   THESE CONVERSATIONS?

13:46:25 14   A.   YES.

13:46:28 15   Q.   DO YOU HAVE GOVERNMENT'S EXHIBIT 1 IN FRONT OF YOU?

13:46:31 16   A.   I DO.

13:46:45 17   Q.   WHAT IS GOVERNMENT'S EXHIBIT 1?

13:46:47 18   A.   A TEXT MESSAGE THREAD FROM SHAKEIM WEEKS'S PHONE.

13:46:52 19   Q.   ARE THESE TEXT MESSAGES THAT YOU REVIEWED ON THE

13:46:54 20   DOWNLOAD FROM SHAKEIM'S PHONE PURSUANT TO A SEARCH WARRANT?

13:46:56 21   A.   YES.

13:46:56 22   Q.   DO THEY APPEAR TO HAVE BEEN ALTERED IN ANY WAY?

13:46:59 23   A.   NO.

13:47:00 24        MS. PEADEN:  YOUR HONOR, OFFER GOVERNMENT'S

13:47:02 25   EXHIBIT 1.

| | | |
|---|---|---|
| 13:47:02 | 1 | THE COURT:  LET IT BE RECEIVED. |
| 13:47:04 | 2 | (GOVERNMENT'S EXHIBIT 1 IS RECEIVED.) |
| 13:47:05 | 3 | Q.  IN THIS CONVERSATION DEPICTED IN EXHIBIT 1, WHAT COLOR |
| 13:47:09 | 4 | MESSAGES ARE BEING SENT FROM SHAKEIM'S PHONE? |
| 13:47:12 | 5 | A.  THE WHITE MESSAGES. |
| 13:47:13 | 6 | Q.  AND IF WE LOOK AT THE TIMESTAMPS IN THIS MESSAGE |
| 13:47:18 | 7 | THREAD, ARE THE OLDER MESSAGES ACTUALLY AT THE BOTTOM? |
| 13:47:23 | 8 | A.  THEY ARE. |
| 13:47:24 | 9 | Q.  OKAY.  SO WE LOOK AT THE THIRD MESSAGE FROM THE TOP. |
| 13:47:29 | 10 | A.  OKAY. |
| 13:47:30 | 11 | Q.  WE SEE HERE SHAKEIM IS TALKING ABOUT GOING TO GET A |
| 13:47:35 | 12 | HUNDRED BAGS.  IS THAT ONE OF THE MESSAGES YOU WERE |
| 13:47:37 | 13 | REFERRING TO? |
| 13:47:37 | 14 | A.  YES. |
| 13:47:37 | 15 | Q.  AND THAT ONE WAS SENT ON MAY 17TH? |
| 13:47:39 | 16 | A.  YES. |
| 13:47:40 | 17 | Q.  AFTER THAT MESSAGE, WE LOOK AT THE TOP MESSAGE, |
| 13:47:43 | 18 | SHAKEIM SAYS, "I'M GOING TO HAVE THEM JERKS ON DECK TOO." |
| 13:47:47 | 19 | IS THAT RIGHT? |
| 13:47:47 | 20 | A.  THAT'S CORRECT. |
| 13:47:48 | 21 | Q.  BASED ON YOUR EXPERIENCE AND IN THIS CONTEXT, WHAT ARE |
| 13:47:52 | 22 | "JERKS" REFERRING TO? |
| 13:47:52 | 23 | A.  THEY WOULD BE REFERRING TO FENTANYL PILLS. |
| 13:47:54 | 24 | Q.  IF WE TURN TO THE SECOND PAGE OF EXHIBIT 1.  LOOKING |
| 13:48:03 | 25 | DOWN AT THE LAST MESSAGE ON THAT PAGE, WHAT'S THE DATE AND |

13:48:06  1  TIME ON THAT ONE?

13:48:09  2  A.   MAY 17TH, 2024, AT 10:14 A.M.

13:48:13  3  Q.   SO THIS IS ABOUT A MINUTE AFTER SHAKEIM IS TALKING

13:48:16  4  ABOUT WHAT HE CALLS JERKS?

13:48:18  5  A.   YES.

13:48:18  6  Q.   WHAT'S SHAKEIM SAYING IN THE BOTTOM MESSAGE ON THIS

13:48:21  7  PAGE OF EXHIBIT 1?

13:48:24  8  A.   HE'S ADVISING THAT HE WANTS TO BE ABLE TO GIVE THE

13:48:27  9  FENTANYL PILLS TO OTHER PEOPLE TO SELL FOR HIM.  AND HE

13:48:32  10  WOULD STAY BEHIND THE SCENES BECAUSE HE HAS RIMS AND A

13:48:37  11  FLASHY LIFESTYLE, SO HE'S TRYING TO STAY OFF LAW

13:48:40  12  ENFORCEMENT'S RADAR.

13:48:43  13  Q.   ALL RIGHT.  I'M SHOWING YOU WHAT'S BEEN MARKED AS

13:48:46  14  GOVERNMENT'S EXHIBIT 2.  DO YOU HAVE A COPY OF THAT ONE IN

13:48:48  15  FRONT OF YOU ALSO?

13:48:49  16  A.   YES.

13:48:49  17  Q.   AND DO YOU RECOGNIZE GOVERNMENT'S EXHIBIT 2?

13:48:52  18  A.   I DO.

13:48:53  19  Q.   WHAT'S THIS ONE?

13:48:54  20  A.   IT'S ANOTHER CONVERSATION THREAD FROM SHAKEIM WEEKS'S

13:48:59  21  CELL PHONE.

13:48:59  22  Q.   DO THESE MESSAGES APPEAR TO HAVE BEEN ALTERED IN ANY

13:49:01  23  WAY SINCE YOU REVIEWED THEM ON THE DOWNLOAD OF SHAKEIM

13:49:05  24  WEEKS'S CELL PHONE?

13:49:05  25  A.   NO.

| | | |
|---|---|---|
| 13:49:06 | 1 | MS. PEADEN:  YOUR HONOR, THE GOVERNMENT OFFERS |
| 13:49:08 | 2 | EXHIBIT 2. |
| 13:49:09 | 3 | THE COURT:  IT WILL BE RECEIVED. |
| 13:49:09 | 4 | (GOVERNMENT'S EXHIBIT 2 IS RECEIVED.) |
| 13:49:09 | 5 | Q.  AND IN THIS CONVERSATION, ARE SHAKEIM'S MESSAGES AGAIN |
| 13:49:13 | 6 | DEPICTED IN THE WHITE BUBBLES? |
| 13:49:14 | 7 | A.  THEY ARE. |
| 13:49:14 | 8 | Q.  AND IN THESE MESSAGES, WHO IS SHAKEIM TALKING TO? |
| 13:49:18 | 9 | A.  IT'S A CONTACT LABELED "SBG STORMO." |
| 13:49:21 | 10 | Q.  IS THIS A DIFFERENT PERSON THAN SHAKEIM WAS TALKING TO |
| 13:49:24 | 11 | IN GOVERNMENT'S EXHIBIT 1? |
| 13:49:25 | 12 | A.  YES. |
| 13:49:26 | 13 | Q.  IF YOU LOOK AT THE BOTTOM OF THE FIRST PAGE, THAT |
| 13:49:30 | 14 | MESSAGE ON THE VERY BOTTOM, WHAT'S SHAKEIM SAYING IN THIS |
| 13:49:33 | 15 | TEXT MESSAGE? |
| 13:49:34 | 16 | A.  THAT HE'S TRYING TO COME UP WITH A PLAN FOR THE ENTIRE |
| 13:49:39 | 17 | GANG TO MAKE MONEY, AND THAT HE WAS TOLD THAT STORMO WAS ON |
| 13:49:45 | 18 | ANKLE MONITOR AND THAT HIS ABILITY TO MOVE AROUND WOULD BE |
| 13:49:50 | 19 | LIMITED BECAUSE OF THAT.  AND THEN HE ASKED HIM WHAT KIND |
| 13:49:53 | 20 | OF DRUGS HE SELLS. |
| 13:49:54 | 21 | Q.  IN THAT LAST MESSAGE ON PAGE 1 OF EXHIBIT 2, SHAKEIM |
| 13:49:59 | 22 | SAYS, "BITY," B-I-T-Y.  DOES THAT MEAN ANYTHING TO YOU? |
| 13:50:03 | 23 | A.  IT'S HOW BLOODS WOULD SPELL "CITY."  THEY TAKE THE "C" |
| 13:50:08 | 24 | OFF THE FRONT. |
| 13:50:09 | 25 | Q.  AND IS THAT SOMETHING THAT YOU SAW THROUGHOUT |

13:50:11  1  SHAKEIM'S PHONE, THAT HE WOULD USE THE WORD BITY INSTEAD OF

13:50:16  2  THE WORD CITY?

13:50:16  3  A.   YES.

13:50:16  4  Q.   THAT'S BECAUSE YOU BELIEVE SHAKEIM TO BE -- OR BASED

13:50:19  5  ON HIS GANG INVOLVEMENT; IS THAT RIGHT?

13:50:21  6  A.   YES.

13:50:21  7  Q.   WE TURN TO THE SECOND PAGE OF GOVERNMENT'S EXHIBIT 2.

13:50:24  8  AGAIN, GO DOWN TO THE BOTTOM OF THE PAGE.  THAT LAST

13:50:31  9  MESSAGE WE SEE SHAKEIM, AGAIN, TALKING ABOUT GOING TO GET A

13:50:35  10  HUNDRED BAGS WITH HIS NEPHEW.  IS THAT ONE OF THE MESSAGES

13:50:37  11  YOU REFERRED TO EARLIER?

13:50:37  12  A.   YES.

13:50:38  13  Q.   AND THE DATE ON THAT MESSAGE IS MAY 17TH; IS THAT

13:50:40  14  RIGHT?

13:50:40  15  A.   THAT'S CORRECT.

13:50:42  16  Q.   BASED ON YOUR EXPERIENCE, THIS CONVERSATION THAT

13:50:45  17  SHAKEIM IS HAVING WITH THE CONTACT LABELED "STORMO," IS

13:50:50  18  SHAKEIM TALKING ABOUT HELPING THIS PERSON GET BACK ON THEIR

13:50:52  19  FEET?

13:50:53  20  A.   YES.

13:50:54  21  Q.   HOW DOES SHAKEIM PLAN TO DO SO BASED ON THESE

13:50:57  22  MESSAGES?

13:50:57  23  A.   WELL, THAT MESSAGE HE INDICATES HE'S GOING TO PROVIDE

13:51:01  24  THE FENTANYL PILLS TO HIM AT A FRONTED BASIS, MEANING THAT

13:51:04  25  HE WOULD PAY HIM AFTER THE PILLS ARE SOLD.

| | | |
|---|---|---|
| 13:51:07 | 1 | Q. WE SEE IN THE THIRD MESSAGE FROM THE TOP, THE CONTACT |
| 13:51:11 | 2 | LABELED STORMO SAYS, "AND I'LL BRING YOU BACK YOUR SHARE." |
| 13:51:13 | 3 | WHAT'S THAT MEAN? |
| 13:51:14 | 4 | A. THAT'S STORMO AGREEING WITH THAT PLAN, THAT AFTER THE |
| 13:51:17 | 5 | DRUGS ARE SOLD, HE WOULD BRING BACK HIS SHARE. |
| 13:51:21 | 6 | Q. SO THE TWO OF THEM ARE CONTEMPLATING SHAKEIM OBTAINING |
| 13:51:24 | 7 | FENTANYL PILLS AND PROVIDING THEM TO THIS INDIVIDUAL AT NO |
| 13:51:27 | 8 | COST UPFRONT, FOR THE INDIVIDUAL TO THEN GO SELL THE DRUGS |
| 13:51:31 | 9 | AND RETURN TO SHAKEIM WITH SOME PROFIT; IS THAT RIGHT? |
| 13:51:33 | 10 | A. THAT'S CORRECT. |
| 13:51:33 | 11 | Q. AND HOW DOES SHAKEIM RESPOND WHEN THE INDIVIDUAL SAYS |
| 13:51:37 | 12 | HE WILL BRING HIM BACK HIS SHARE? |
| 13:51:38 | 13 | A. IN AGREEMENT, HE SAYS THAT HE WANTS THE WHOLE GANG TO |
| 13:51:42 | 14 | MAKE MONEY, LEGALLY OR ILLEGALLY. |
| 13:51:47 | 15 | Q. IF WE TURN TO THE THIRD PAGE OF GOVERNMENT'S EXHIBIT 2 |
| 13:51:53 | 16 | AND, AGAIN, GO DOWN TO THE LAST MESSAGE. IS THIS MESSAGE |
| 13:51:57 | 17 | IN THAT SAME CONVERSATION ON MAY 17TH? |
| 13:52:00 | 18 | A. YOU SAID THE LAST MESSAGE? |
| 13:52:01 | 19 | Q. YES. |
| 13:52:02 | 20 | A. YES. |
| 13:52:03 | 21 | Q. AND IN THAT LAST MESSAGE, IT LOOKS LIKE THE INDIVIDUAL |
| 13:52:07 | 22 | NAMED STORMO IS ASKING IF THIS SUPPLY CAN HAPPEN SOON; IS |
| 13:52:11 | 23 | THAT RIGHT? |
| 13:52:11 | 24 | A. THAT'S CORRECT. |
| 13:52:11 | 25 | Q. AND WHAT'S SHAKEIM'S RESPONSE? |

13:52:14  1    A.   SHAKEIM RESPONDS THAT THE PLAN IS IN THE MAKING AND

13:52:18  2    THAT THE OTHER PEOPLE INVOLVED IN THE PLAN ARE WAITING ON

13:52:22  3    HIM.

13:52:23  4    Q.   SO BASED ON SHAKEIM'S PHONE CONTACTS -- OR CONTENTS,

13:52:27  5    HE HAS INDIVIDUALS THAT HE'S INTENDING TO PROVIDE DRUGS TO;

13:52:30  6    IS THAT RIGHT?

13:52:30  7    A.   YES.

13:52:31  8    Q.   AND AT LEAST SOME OF THOSE INDIVIDUALS HE'S GOING TO

13:52:33  9    PROVIDE THE DRUGS ON A FRONTED BASIS, WITHOUT EXPECTING

13:52:37  10   PAYMENT?

13:52:37  11   A.   THAT'S CORRECT.

13:52:38  12   Q.   IN THESE MESSAGES ABOUT SHAKEIM PROVIDING THESE PILLS

13:52:42  13   TO MULTIPLE INDIVIDUALS, IS THERE ANY MENTION OF HIM

13:52:44  14   NEEDING TO TALK TO ISAIAH WEEKS ABOUT THAT?

13:52:47  15   A.   NO.

13:52:47  16   Q.   ANY EVIDENCE THAT HE HAD TO CHECK WITH ISAIAH ABOUT

13:52:50  17   WHETHER HE COULD DO SO?

13:52:51  18   A.   NO.

13:52:51  19   Q.   ANY EVIDENCE THAT HE WAS PROVIDING THESE DRUGS TO

13:52:54  20   THESE INDIVIDUALS AT ISAIAH'S BEHEST OR DIRECTION?

13:52:58  21   A.   NO.

13:53:00  22   Q.   SO ON MAY 17TH, SHAKEIM IS TELLING PEOPLE HE'S GOING

13:53:05  23   TO GET A HUNDRED BAGS WITH HIS NEPHEW.  WHAT HAPPENS ON MAY

13:53:08  24   18TH OF 2024?

13:53:10  25   A.   ISAIAH WEEKS CONTACTS A COOPERATING SOURCE AND

| | |
|---|---|
| 13:53:15 | 1 |
| 13:53:23 | 2 |
| 13:53:25 | 3 |
| 13:53:28 | 4 |
| 13:53:28 | 5 |
| 13:53:29 | 6 |
| 13:53:32 | 7 |
| 13:53:36 | 8 |
| 13:53:36 | 9 |
| 13:53:40 | 10 |
| 13:53:42 | 11 |
| 13:53:43 | 12 |
| 13:53:45 | 13 |
| 13:53:47 | 14 |
| 13:53:48 | 15 |
| 13:53:49 | 16 |
| 13:53:52 | 17 |
| 13:53:54 | 18 |
| 13:53:56 | 19 |
| 13:53:58 | 20 |
| 13:54:01 | 21 |
| 13:54:06 | 22 |
| 13:54:08 | 23 |
| 13:54:09 | 24 |
| 13:54:09 | 25 |

REQUESTS THAT THE CS REPAYS HIM A PARTIAL PAYMENT OF A DRUG DEBT OWED FROM PREVIOUSLY PROVIDED FENTANYL PILLS.

Q.   DID ISAIAH TELL THE CONFIDENTIAL SOURCE WHY HE NEEDED THAT MONEY?

A.   TO GO GET RESUPPLIED.

Q.   DID THE CONFIDENTIAL SOURCE MEET WITH ISAIAH TO PROVIDE HIM THE MONEY THAT HE OWED ON MAY 22ND OF 2024?

A.   YES.

Q.   WHO WAS WITH ISAIAH WHEN HE MET WITH THE CONFIDENTIAL INFORMANT TO COLLECT THE MONEY?

A.   SHAKEIM WEEKS.

Q.   WHO WAS DRIVING THE VEHICLE THAT THEY DROVE TO MEET THE CONFIDENTIAL INFORMANT?

A.   SHAKEIM WEEKS.

Q.   WHAT VEHICLE WERE THEY DRIVING?

A.   IT WAS A DODGE CHARGER THAT WAS A RENTAL.

Q.   IS THAT DODGE CHARGER ONE THAT LAW ENFORCEMENT HAD PREVIOUSLY SEEN ISAIAH DRIVING?

A.   YES.

Q.   DURING THE MEETING WITH THE CI WHERE THEY'RE MAKING THE REPAYMENT TO ISAIAH, DOES ISAIAH COMPLAIN THAT THE CONFIDENTIAL INFORMANT DIDN'T BRING THEM ALL OF THE MONEY HE WAS EXPECTING?

A.   YES.

Q.   DURING THIS EXCHANGE, IS SHAKEIM IN THE CAR?

| | | |
|---|---|---|
| 13:54:11 | 1 | A.   YES. |
| 13:54:11 | 2 | Q.   WHERE DID SHAKEIM AND ISAIAH GO AFTER THEY COLLECTED |
| 13:54:15 | 3 | THE MONEY FROM THE CONFIDENTIAL INFORMANT? |
| 13:54:16 | 4 | A.   THEY WENT TO AN APARTMENT OFF MAGELLAN WAY. |
| 13:54:19 | 5 | Q.   IS THAT A LOCATION THAT LAW ENFORCEMENT HAD OBSERVED |
| 13:54:22 | 6 | ISAIAH AND OTHER MEMBERS OF THIS DRUG TRAFFICKING |
| 13:54:25 | 7 | ORGANIZATION AT BEFORE? |
| 13:54:25 | 8 | A.   YES. |
| 13:54:25 | 9 | Q.   IS THAT A LOCATION THAT LAW ENFORCEMENT BELIEVES THIS |
| 13:54:28 | 10 | DRUG TRAFFICKING ORGANIZATION WAS SELLING DRUGS FROM AT |
| 13:54:31 | 11 | TIMES? |
| 13:54:31 | 12 | A.   YES. |
| 13:54:32 | 13 | Q.   WAS THAT LOCATION SEARCHED PURSUANT TO A FEDERAL |
| 13:54:34 | 14 | SEARCH WARRANT IN JUNE OF 2024? |
| 13:54:36 | 15 | A.   IT WAS. |
| 13:54:37 | 16 | Q.   AND DID LAW ENFORCEMENT RECOVER FIREARMS IN THAT |
| 13:54:39 | 17 | RESIDENCE? |
| 13:54:39 | 18 | A.   WE DID. |
| 13:54:41 | 19 | Q.   PRIOR TO MAY OF 2024, DO YOU KNOW WHERE SHAKEIM WAS |
| 13:54:46 | 20 | LIVING? |
| 13:54:46 | 21 | A.   I BELIEVE TEXAS. |
| 13:54:48 | 22 | Q.   BUT YOU DON'T BELIEVE, AT LEAST IMMEDIATELY PRIOR TO |
| 13:54:50 | 23 | MAY, THAT HE WAS LIVING IN NORTH CAROLINA; IS THAT RIGHT? |
| 13:54:52 | 24 | A.   CORRECT. |
| 13:54:54 | 25 | Q.   DO YOU HAVE REASON TO BELIEVE THAT SHAKEIM WAS |

| | | |
|---|---|---|
| 13:54:55 | 1 | INVOLVED IN CRIMINAL ACTIVITY PRIOR TO COMING TO NORTH |
| 13:54:59 | 2 | CAROLINA? |
| 13:54:59 | 3 | A.   YES. |
| 13:54:59 | 4 | Q.   DO YOU HAVE REASON TO BELIEVE HE'S INVOLVED IN |
| 13:55:01 | 5 | CRIMINAL ACTIVITY OUTSIDE OF ISAIAH WEEKS? |
| 13:55:04 | 6 | A.   YES. |
| 13:55:05 | 7 | Q.   IS PART OF THAT BELIEF BASED ON MORE MESSAGES FROM HIS |
| 13:55:08 | 8 | PHONE? |
| 13:55:08 | 9 | A.   YES. |
| 13:55:09 | 10 | Q.   DO YOU HAVE GOVERNMENT'S EXHIBIT 3 IN FRONT OF YOU? |
| 13:55:11 | 11 | A.   I DO. |
| 13:55:13 | 12 | Q.   DO YOU RECOGNIZE GOVERNMENT'S EXHIBIT 3? |
| 13:55:15 | 13 | A.   I DO. |
| 13:55:16 | 14 | Q.   WHAT IS THIS? |
| 13:55:17 | 15 | A.   IT'S A TEXT MESSAGE THREAD FROM A CELL PHONE. |
| 13:55:21 | 16 | Q.   FROM THE CELL PHONE SEIZED FROM SHAKEIM WEEKS? |
| 13:55:23 | 17 | A.   YES. |
| 13:55:23 | 18 | Q.   DO THESE MESSAGES APPEAR TO HAVE BEEN ALTERED IN ANY |
| 13:55:26 | 19 | WAY? |
| 13:55:26 | 20 | A.   NO. |
| 13:55:26 | 21 |         MS. PEADEN:  YOUR HONOR, OFFER GOVERNMENT'S |
| 13:55:28 | 22 | EXHIBIT 3. |
| 13:55:28 | 23 |         THE COURT:  IT WILL BE RECEIVED. |
| 13:55:30 | 24 |             (GOVERNMENT'S EXHIBIT 3 IS RECEIVED.) |
| 13:55:30 | 25 | Q.   DETECTIVE WESCOE, IF WE LOOK AT THE BOTTOM OF EXHIBIT |

| | | |
|---|---|---|
| 13:55:34 | 1 | 3, WHAT IS THE DATE ON THAT BOTTOM MESSAGE? |
| 13:55:37 | 2 | A.   APRIL 9TH, 2024. |
| 13:55:39 | 3 | Q.   AND THAT LAST MESSAGE IS IN A WHITE BUBBLE.  DOES THAT |
| 13:55:42 | 4 | STILL MEAN THAT THAT IS AN OUTGOING MESSAGE FROM SHAKEIM |
| 13:55:45 | 5 | WEEKS? |
| 13:55:45 | 6 | A.   YES. |
| 13:55:46 | 7 | Q.   AND BASED ON YOUR EXPERIENCE, WHAT IS SHAKEIM |
| 13:55:50 | 8 | DESCRIBING OR REFERRING TO IN THAT BOTTOM MESSAGE IN |
| 13:55:52 | 9 | EXHIBIT 3? |
| 13:55:53 | 10 | A.   HE'S SAYING HE'S TRYING TO RECOVER FINANCIALLY.  THE |
| 13:55:57 | 11 | POLICE HIT A LOCATION THAT HE SELLS DRUGS AT AND TOOK |
| 13:56:03 | 12 | APPROXIMATELY $80,000 AND POUNDS OF A CONTROLLED SUBSTANCE |
| 13:56:09 | 13 | FROM HIM. |
| 13:56:10 | 14 | Q.   AND BASED ON SHAKEIM'S PHONE, DO YOU HAVE REASON TO |
| 13:56:13 | 15 | BELIEVE THAT HE'S INVOLVED IN A GANG?  YOU TOUCHED ON THIS |
| 13:56:15 | 16 | A LITTLE BIT, BUT COULD YOU TELL US MORE ABOUT THAT. |
| 13:56:17 | 17 | A.   YES.  THE GUY HE'S TALKING TO -- THEY HAVE REGULAR |
| 13:56:21 | 18 | CONVERSATIONS WHERE THE GUY HE'S TALKING TO IS REQUESTING |
| 13:56:24 | 19 | THAT SHAKEIM WEEKS SENDS HIM HIS DUES.  AND THERE'S EVEN |
| 13:56:29 | 20 | ONE INSTANCE WHERE THE SUBJECT THAT HE'S TALKING TO SENDS |
| 13:56:32 | 21 | HIM WHAT WOULD BE CALLED A LINE-UP.  SO, LIKE THE RANK |
| 13:56:36 | 22 | STRUCTURE OF EVERYBODY UNDERNEATH HIM. |
| 13:56:38 | 23 | Q.   ARE THERE SPECIFIC -- YOU MENTIONED USING A "B" |
| 13:56:41 | 24 | INSTEAD OF A "C."  ARE THERE OTHER SPECIFIC LANGUAGE USED |
| 13:56:44 | 25 | THAT SUGGESTS THAT MR. WEEKS IS INVOLVED WITH NINE TREY |

13:56:49    1    BLOODS?

13:56:49    2    A.   YES.  THEY THROW THE NUMBERS NINE THREE INTO

13:56:52    3    CONVERSATIONS.

13:56:53    4    Q.   AT TIMES IS THERE ALSO DISCUSSION ABOUT G-SHINE

13:56:57    5    BLOODS, IN THE PHONE?

13:56:58    6    A.   YES.

13:57:00    7         MS. PEADEN:  NO FURTHER QUESTIONS AT THIS TIME,

13:57:01    8    YOUR HONOR.

13:57:01    9         THE COURT:  CROSS-EXAMINATION.

13:57:03   10    CROSS-EXAMINATION BY MR. ALLEN:

13:57:03   11    Q.   GOOD AFTERNOON, DETECTIVE WESCOE.

13:57:05   12    A.   GOOD AFTERNOON.

13:57:05   13    Q.   YOU HAVE INDICATED YOU'RE FAMILIAR WITH THIS

13:57:07   14    INVESTIGATION?

13:57:08   15    A.   YES, SIR.

13:57:08   16    Q.   AND IT WAS A MULTIAGENCY INVESTIGATION INVOLVING BOTH

13:57:14   17    RPD WITH WHICH YOU WERE A DETECTIVE AND THE ATF WITH WHICH

13:57:18   18    YOU WERE A TFO; CORRECT?

13:57:19   19    A.   YES, SIR.

13:57:20   20    Q.   AND IT ACTUALLY STARTED BACK IN JANUARY OF 2022;

13:57:24   21    CORRECT?

13:57:24   22    A.   IT DATES BACK THERE.  YES.

13:57:25   23    Q.   AND YOU'RE FAMILIAR WITH IT OVER THE COURSE OF THAT

13:57:29   24    INVESTIGATION?

13:57:29   25    A.   YES.

| | | |
|---|---|---|
| 13:57:30 | 1 | Q.   IN FACT, YOU HAD BEEN WITH RPD SINCE 2015? |
| 13:57:34 | 2 | A.   THAT'S CORRECT. |
| 13:57:34 | 3 | Q.   AND YOU WERE TASKED WITH VARIOUS ROLES IN THE COURSE |
| 13:57:38 | 4 | OF THIS INVESTIGATION? |
| 13:57:39 | 5 | A.   YES. |
| 13:57:39 | 6 | Q.   SO YOU BECAME INTIMATELY FAMILIAR WITH IT? |
| 13:57:42 | 7 | A.   YES. |
| 13:57:42 | 8 | Q.   AND THE INVESTIGATION UTILIZED BASICALLY EVERY |
| 13:57:45 | 9 | AVAILABLE MEANS TO PURSUE RELIABLE LEADS; CORRECT? |
| 13:57:49 | 10 | A.   CORRECT. |
| 13:57:50 | 11 | Q.   AND THOSE MEANS -- VARIOUS MEANS INCLUDED DIGITAL |
| 13:57:54 | 12 | SURVEILLANCE; CORRECT? |
| 13:57:55 | 13 | A.   YES. |
| 13:57:55 | 14 | Q.   LOCATION TRACKING; CORRECT? |
| 13:57:57 | 15 | A.   CORRECT. |
| 13:57:59 | 16 | Q.   PHYSICAL SURVEILLANCE; CORRECT? |
| 13:58:00 | 17 | A.   CORRECT. |
| 13:58:01 | 18 | Q.   EXECUTION OF SEARCH WARRANTS? |
| 13:58:02 | 19 | A.   CORRECT. |
| 13:58:04 | 20 | Q.   AND IN THERE, THERE WERE ALSO -- THERE WERE T3 |
| 13:58:08 | 21 | WIRETAPS? |
| 13:58:09 | 22 | A.   NO. |
| 13:58:09 | 23 | Q.   NONE OF THOSE.   OKAY. |
| 13:58:11 | 24 | EVERYTHING ELSE, BASICALLY? |
| 13:58:13 | 25 | A.   YES. |

| | | |
|---|---|---|
| 13:58:16 | 1 | Q.   AND THERE WERE A NUMBER OF SEARCHES CONDUCTED |
| 13:58:21 | 2 | THROUGHOUT THE INVESTIGATION; CORRECT? |
| 13:58:23 | 3 | A.   CORRECT. |
| 13:58:24 | 4 | Q.   SO, FOR EXAMPLE, THERE WAS A SEARCH OF AN APARTMENT ON |
| 13:58:27 | 5 | GLENPEAK WAY IN RALEIGH IN NOVEMBER OF -- NOVEMBER 21ST, |
| 13:58:33 | 6 | 2022? |
| 13:58:33 | 7 | A.   CORRECT. |
| 13:58:34 | 8 | Q.   ARE YOU FAMILIAR WITH THAT? |
| 13:58:35 | 9 | A.   I AM. |
| 13:58:35 | 10 | Q.   SHAKEIM WEEKS HAD NOTHING TO DO WITH THAT, DID HE? |
| 13:58:38 | 11 | A.   NOT TO MY KNOWLEDGE. |
| 13:58:39 | 12 | Q.   THERE WAS A SEARCH OF CHADFORD DRIVE APARTMENT ON |
| 13:58:43 | 13 | NOVEMBER 22ND, 2022? |
| 13:58:46 | 14 | A.   CORRECT. |
| 13:58:46 | 15 | Q.   AND SHAKEIM WEEKS HAD NOTHING TO DO WITH THAT, DID HE? |
| 13:58:49 | 16 | A.   NOT TO MY KNOWLEDGE. |
| 13:58:50 | 17 | Q.   WHO WAS THE SEARCH OF -- FOLLOWING THE SEARCHES OF |
| 13:58:55 | 18 | ISAIAH WEEKS'S RESIDENCES IN 2022, INVESTIGATORS SEARCHED |
| 13:58:59 | 19 | HIS CELL PHONE AND LOCATED SCREENSHOTS FOR ABOUT NINE USPS |
| 13:59:05 | 20 | RECEIPTS; CORRECT? |
| 13:59:05 | 21 | A.   I DON'T REMEMBER THE EXACT AMOUNT.  BUT YES. |
| 13:59:08 | 22 | Q.   MULTIPLE? |
| 13:59:08 | 23 | A.   YES, MULTIPLE. |
| 13:59:09 | 24 | Q.   AND THOSE HAD TO DO WITH VARIOUS FENTANYL PACKAGES |
| 13:59:12 | 25 | THAT WERE BEING SHIPPED BY USPS? |

| | | |
|---|---|---|
| 13:59:16 | 1 | A. CORRECT. |
| 13:59:17 | 2 | Q. SHAKEIM WEEKS HAD NOTHING TO DO WITH ANY OF THE |
| 13:59:20 | 3 | ADDRESSES THOSE WERE SHIPPED TO, DID HE? |
| 13:59:23 | 4 | A. HE IS ASSOCIATED WITH WYCLIFF. |
| 13:59:29 | 5 | OKAY. SHAKEIM'S ASSOCIATED WITH A WYCLIFF ADDRESS |
| 13:59:34 | 6 | WHERE A PACKAGE WAS SHIPPED TO. THAT WAS NOT IN THE CELL |
| 13:59:37 | 7 | PHONE. SO I STARTED TO MISSPEAK. |
| 13:59:39 | 8 | Q. IT WAS NOT IN HIS CELL PHONE? |
| 13:59:41 | 9 | A. IT WASN'T IN ISAIAH'S CELL PHONE. IT WAS LATER |
| 13:59:44 | 10 | IDENTIFIED. |
| 13:59:44 | 11 | Q. RIGHT. AND IT WASN'T IN SHAKEIM'S CELL PHONE? |
| 13:59:45 | 12 | A. NO. |
| 13:59:46 | 13 | Q. AND THERE'S NO INDICATION HE RECEIVED ANY PACKAGE? |
| 13:59:50 | 14 | A. NO. NOT TO MY KNOWLEDGE. |
| 13:59:52 | 15 | Q. SIMILARLY, ON SEPTEMBER 29 -- WELL, THERE ARE VARIOUS |
| 13:59:56 | 16 | OTHER SEARCHES. FOR EXAMPLE, ON OCTOBER 20TH, 2023, AT |
| 14:00:00 | 17 | HATCHIES DRIVE, THERE IS A SEARCH WARRANT THAT SEIZED |
| 14:00:04 | 18 | VARIOUS THINGS. SHAKEIM WEEKS HAD NO INVOLVEMENT WITH |
| 14:00:07 | 19 | THAT; CORRECT? |
| 14:00:08 | 20 | A. NOT TO MY KNOWLEDGE. |
| 14:00:09 | 21 | Q. AND THERE ARE VARIOUS FENTANYL PACKAGES THAT ARE BEING |
| 14:00:14 | 22 | SHIPPED IN DECEMBER -- DECEMBER 18, 2023. THERE'S NO |
| 14:00:18 | 23 | INDICATION HE HAD ANY INVOLVEMENT WITH THAT, DID HE? |
| 14:00:20 | 24 | A. NOT TO MY KNOWLEDGE. |
| 14:00:21 | 25 | Q. AND SIMILARLY, JANUARY 2ND, 2024? |

| | | |
|---|---|---|
| 14:00:26 | 1 | A.   NOT TO MY KNOWLEDGE. |
| 14:00:27 | 2 | Q.   AND JANUARY 16, 2024, NO INVOLVEMENT BY SHAKEIM WEEKS? |
| 14:00:31 | 3 | A.   NOT TO MY KNOWLEDGE. |
| 14:00:33 | 4 | Q.   AND THERE ARE -- THERE'S A FEBRUARY 2024 PHOENIX TRIP, |
| 14:00:38 | 5 | FOR EXAMPLE.  HE HAD NO INVOLVEMENT WITH THAT TRIP, DID HE? |
| 14:00:41 | 6 | A.   NOT TO MY KNOWLEDGE. |
| 14:00:42 | 7 | Q.   ALL RIGHT.  AND THEN THERE'S A HOTEL INCIDENT.  RPD |
| 14:00:46 | 8 | AND CARY POLICE DEPARTMENT RESPONDED TO A HOTEL ROOM IN |
| 14:00:49 | 9 | CARY IN MARCH 8, 2024.  HE HAD NO INVOLVEMENT WITH THAT |
| 14:00:53 | 10 | INCIDENT, DID HE? |
| 14:00:53 | 11 | A.   NOT TO MY KNOWLEDGE. |
| 14:00:56 | 12 | Q.   THERE ARE VARIOUS PAYMENTS OF FUNDS DOCUMENTED IN |
| 14:01:00 | 13 | MARCH AND APRIL, AND HE HAD NO INVOLVEMENT WITH ANY OF |
| 14:01:04 | 14 | THOSE, DID HE? |
| 14:01:04 | 15 | A.   NOT TO MY KNOWLEDGE. |
| 14:01:06 | 16 | Q.   SIMILARLY, MAY 7TH, NO INVOLVEMENT WITH ANY PAYMENT OF |
| 14:01:10 | 17 | FUNDS? |
| 14:01:11 | 18 | A.   NOT TO MY KNOWLEDGE. |
| 14:01:12 | 19 | Q.   REALLY, MR. WEEKS DOES NOT SHOW UP UNTIL YOU MENTIONED |
| 14:01:16 | 20 | MAY 22ND OF 2024, OF A PAYMENT OF FUNDS -- EXCUSE ME. |
| 14:01:24 | 21 | WOULD HAVE BEEN -- YES, MAY 22ND, 2024, AND YOU INDICATED |
| 14:01:28 | 22 | HE WAS DRIVING A CAR? |
| 14:01:30 | 23 | A.   DRIVING ISAIAH WEEKS, YES. |
| 14:01:33 | 24 | Q.   SO DRIVING HIS -- ISAIAH WEEKS'S VEHICLE, NOT HIS OWN? |
| 14:01:37 | 25 | A.   YEP. |

14:01:37  1    Q.   AND ISAIAH WEEKS WAS THE ONE WHO RECEIVED THE MONEY;

14:01:41  2    CORRECT?

14:01:41  3    A.   CORRECT.

14:01:41  4    Q.   AND YOU NEVER HAVE -- THERE'S NEVER ANY INDICATION

14:01:45  5    THAT SHAKEIM WEEKS IS BEING PAID ANYTHING.  HE NEVER

14:01:51  6    RECEIVES ANY MONEY DOCUMENTED IN THE --

14:01:54  7    A.   NOT TO MY KNOWLEDGE.

14:01:58  8    Q.   OKAY.  SO, REALLY, HIS CONDUCT IS THIS TRIP TO PHOENIX

14:02:03  9    IN THE JUNE 4 TO JUNE 7 TIME FRAME?

14:02:07  10   A.   I WOULD DISAGREE WITH THAT STATEMENT.

14:02:09  11   Q.   WELL, HE DOESN'T HAVE ANY ACTUAL CONDUCT.  I MEAN, I

14:02:14  12   HEAR YOU ABOUT THAT TEXT.  BUT NOTHING ACTUALLY HAPPENS.

14:02:17  13   HE DOESN'T DO ANYTHING UNTIL HE'S TRAVELING TO PHOENIX;

14:02:21  14   CORRECT?

14:02:21  15   A.   WELL, HE PLANNED IT OUT AND THEN HE DID THE TRIP.

14:02:25  16   Q.   WELL, YOU SAY HE PLANNED IT OUT, AND YOU GIVE US YOUR

14:02:28  17   INTERPRETATION OF SOME TEXT MESSAGES.  I UNDERSTAND THEY'RE

14:02:30  18   IN THE CONTEXT OF THIS INVESTIGATION.  BUT NOBODY OBSERVES

14:02:34  19   SHAKEIM WEEKS DOING ANYTHING UNTIL THIS TRIP IN JUNE, OTHER

14:02:39  20   THAN THE DRIVING ISAIAH WEEKS'S VEHICLE ON MAY 2ND?

14:02:43  21   A.   WELL, THE TEXTS WERE MID-MAY.  WE DIDN'T OBSERVE HIM

14:02:46  22   UNTIL WE GOT INTO THE PHONE, WHICH WOULD HAVE BEEN AFTER IT

14:02:50  23   WAS SEIZED.  I MIGHT BE MISUNDERSTANDING YOUR QUESTION.

14:02:54  24   Q.   YOU DIDN'T SEE SHAKEIM WEEKS DOING ANYTHING UNTIL ONE

14:02:58  25   OF TWO THINGS:  FIRST THE MAY 22ND INCIDENT IN WHICH HE'S

| | | |
|---|---|---|
| 14:03:03 | 1 | DRIVING THE CAR AND ISAIAH WEEKS RECEIVES SOME MONEY FROM A |
| 14:03:07 | 2 | CONFIDENTIAL SOURCE? |
| 14:03:07 | 3 | A.   CORRECT.   THAT'S THE FIRST TIME WE SAW HIM. |
| 14:03:08 | 4 | Q.   AND THE SECOND TIME YOU SAW HIM IS WHEN -- IN JUNE, |
| 14:03:10 | 5 | WHEN HE'S TRAVELING, JUNE 4TH TO JUNE 7TH, IN PHOENIX? |
| 14:03:14 | 6 | A.   THAT WOULD BE THE SECOND TIME, YES. |
| 14:03:18 | 7 | Q.   AND YOU -- SO THIS INVESTIGATION RAN FROM JANUARY OF |
| 14:03:25 | 8 | 2022ND [SIC] -- WAS HIGHLY INVOLVED, MULTIPLE SEARCHES, |
| 14:03:29 | 9 | MULTIPLE CELL PHONES EXAMINED, FROM JANUARY 22ND TO |
| 14:03:35 | 10 | NOVEMBER OF 2024 -- AND THOSE ARE THE TWO INSTANCES IN |
| 14:03:38 | 11 | WHICH SHAKEIM WEEKS IS PHYSICALLY OBSERVED DOING SOMETHING? |
| 14:03:43 | 12 | A.   CORRECT. |
| 14:03:45 | 13 | Q.   AND YOU CERTAINLY -- YOU'VE GIVEN US YOUR |
| 14:03:48 | 14 | INTERPRETATION OF THESE VARIOUS TEXTS.   FOR EXAMPLE, THE |
| 14:03:52 | 15 | RIMS AND FLASHY LIFESTYLE.   YOU RECALL BEING ASKED ABOUT |
| 14:03:55 | 16 | THAT? |
| 14:03:55 | 17 | A.   YES. |
| 14:03:55 | 18 | Q.   AND YOU TOOK THAT TO INDICATE THAT HE HAD A FLASHY CAR |
| 14:03:59 | 19 | AND A FLASHY LIFESTYLE? |
| 14:04:00 | 20 | A.   THAT'S WHAT I WOULD INTERPRET THAT AS. |
| 14:04:02 | 21 | Q.   THE CAR HE WAS DRIVING ON MAY 22ND WAS HIS -- WAS |
| 14:04:05 | 22 | ISAIAH WEEKS'? |
| 14:04:08 | 23 | A.   A RENTAL. |
| 14:04:09 | 24 | Q.   AND SHAKEIM WEEKS HAD JUST MOVED BACK FROM HOUSTON, |
| 14:04:12 | 25 | YOU'RE AWARE? |

14:04:13   1   A.   CORRECT.

14:04:14   2   Q.   IN MAY.

14:04:16   3        AND YOU'VE SEEN THE TEXT MESSAGES ON HIS PHONE.

14:04:19   4   YOU'RE AWARE THAT HE WAS BASICALLY HOMELESS, LIVING AT

14:04:22   5   HOTELS THERE, AREN'T YOU?

14:04:23   6   A.   I'M NOT AWARE OF THAT.

14:04:25   7   Q.   HE WAS BORROWING MONEY FROM HIS MOM AND DAD

14:04:27   8   PERIODICALLY BECAUSE HE HAD BEEN KICKED OUT BY THE PERSON

14:04:30   9   WHO HAD GONE TO STAY THERE?

14:04:30  10   A.   I'M NOT AWARE OF THAT.

14:04:32  11   Q.   YOU HAVEN'T SEEN THAT IN THE TEXTS ON HIS PHONE?

14:04:34  12   A.   I HAVE NOT.

14:04:36  13   Q.   YOU CERTAINLY WEREN'T AWARE OF HIM ACTUALLY POSSESSING

14:04:38  14   ANY CAR OR REAL ESTATE?

14:04:42  15   A.   WELL, THE TIMES WE SAW HIM, HE WAS DRIVING A RENTAL

14:04:46  16   WITH ISAIAH WEEKS.  AND THEN WHEN HE GOT OFF THE GREYHOUND

14:04:50  17   BUS AND HE WAS ARRESTED.

14:04:51  18   Q.   YEAH.  WHEN HE GOT OFF THE -- ON THE BUS, FOR

14:04:54  19   EXAMPLE -- LET'S TALK ABOUT THAT.  HE GETS OUT.  HE HAS A

14:04:57  20   BAG.  HE IS PUT IN AN UBER.  HE ISN'T ACTUALLY DRIVEN AWAY.

14:05:04  21   A.   CORRECT.

14:05:27  22             MR. ALLEN:  ONE MOMENT, YOUR HONOR.

14:05:36  23                  (PAUSE.)

14:05:36  24             MR. ALLEN:  THAT'S ALL, YOUR HONOR.

14:05:37  25             THE COURT:  THANK YOU.

14:05:38  1          ANYTHING ELSE, MS. PEADEN?

14:05:39  2          MS. PEADEN:  NOTHING FURTHER, YOUR HONOR.  THANK

14:05:41  3  YOU.

14:05:41  4          THE COURT:  DETECTIVE, PLEASE WATCH YOUR STEP

14:05:43  5  STEPPING DOWN.

14:05:44  6          DO YOU HAVE COPIES OF THOSE EXHIBITS, MS. PEADEN?

14:05:47  7          MS. PEADEN:  I DO, YOUR HONOR.  THE AGENT HAS THE

14:05:50  8  ORIGINALS FOR THE COURT.  MAY I APPROACH?

14:05:52  9          THE COURT:  YOU MAY.

14:05:54  10             (DOCUMENTS HANDED TO THE COURT.)

14:06:10  11         THE COURT:  ALL RIGHT.  THE DEFENDANT HAS THE

14:06:11  12  BURDEN OF SHOWING THE MITIGATING ROLE ADJUSTMENT APPLIES.

14:06:14  13  I'LL HEAR FIRST FROM THE DEFENSE.

14:06:16  14         MR. ALLEN:  THANK YOU, YOUR HONOR.

14:06:18  15         YOUR HONOR OBVIOUSLY UNDERSTANDS THE ARGUMENT

14:06:20  16  ALREADY.  THE -- WE APPRECIATE THE TESTIMONY OF

14:06:25  17  DETECTIVE -- AGENT WESCOE/DETECTIVE WESCOE.  IT IS

14:06:28  18  ESSENTIALLY WHAT WAS REFLECTED IN THE PSR.  IT DOESN'T

14:06:33  19  CHANGE THAT THE CONDUCT HERE IS LIMITED.  THIS WAS REALLY A

14:06:36  20  CLOSELY SURVEILLED -- THAT'S HOW IT WAS INTRODUCED TO ME BY

14:06:40  21  THE GOVERNMENT, IN FACT.  THEY WERE EYEBALLING EVERYONE AND

14:06:42  22  EVERYTHING.  IF THERE WAS ANYTHING MORE HERE OF SUBSTANCE

14:06:46  23  THAT WAS REAL, IT WOULD HAVE BEEN PICKED UP.  AND DURING

14:06:48  24  THAT TWO-YEAR PERIOD FROM JANUARY OF 2022 TO NOVEMBER OF

14:06:54  25  2024, THIS IS IT.

14:06:55  1      AND SO, YOUR HONOR, I SUBMIT, RESPECTFULLY, IT
14:07:00  2  DOES FIT WITHIN APPLICATION NOTE 3(A) AND 3(C) TO 3B1.2
14:07:11  3  AND, YOU KNOW, REALLY THE ARGUMENT IS THAT IF THERE WERE
14:07:14  4  MORE TO THIS -- I MEAN, THEY'RE BASING A LOT OF THIS ON
14:07:18  5  TEXT MESSAGES.  IF THERE WERE MORE TO THAT, THERE WOULD BE
14:07:21  6  EVIDENCE OF IT, PARTICULARLY IN AN INVESTIGATION LIKE THIS
14:07:24  7  WHERE VIRTUALLY EVERY MEANS AT THEIR DISPOSAL HAS BEEN
14:07:28  8  EMPLOYED.
14:07:29  9      SO FOR THOSE REASONS, YOUR HONOR, BECAUSE THE
14:07:31  10  EXTENT OF IT WAS ESSENTIALLY THE TRIP TO PHOENIX AND BACK,
14:07:37  11  WHERE, FRANKLY, HE WAS THE SUCKER.  HE'S THE ONE WHO IS IN
14:07:42  12  LINE TO GET TAGGED.  I SUBMIT THAT AT LEAST A TWO-LEVEL
14:07:50  13  REDUCTION IS APPROPRIATE.  THANK YOU, YOUR HONOR.
14:07:52  14      THE COURT:  THANK YOU.
14:07:53  15      MS. PEADEN.
14:07:55  16      MS. PEADEN:  THANK YOU, YOUR HONOR.
14:07:56  17      UNDER 3B1.2, A MINOR PARTICIPANT IS SOMEBODY WHO
14:07:59  18  IS SUBSTANTIALLY LESS CULPABLE THAN THE AVERAGE
14:08:02  19  PARTICIPANT.  IT'S NOT SOMEONE WHO IS SUBSTANTIALLY LESS
14:08:04  20  CULPABLE THAN THE LEADER.  SUBSTANTIALLY LESS CULPABLE THAN
14:08:08  21  AVERAGE.
14:08:08  22      AND IT'S, AS THE COURT'S NOTED, THE DEFENDANT'S
14:08:10  23  BURDEN TO PROVE THAT HE FITS THAT BILL.  THE COMPARISON
14:08:13  24  ISN'T TO BE BETWEEN THE LEADER AND THE DEFENDANT; IT'S TO
14:08:16  25  BE BETWEEN THE LEADER -- OR THE DEFENDANT, EXCUSE ME, AND

14:08:18 1 THE COCONSPIRATORS. THE FACT THAT ISAIAH MIGHT HAVE PLAYED

14:08:22 2 AN AGGRAVATING ROLE OR THAT SHAKEIM HAD A CERTAIN JOB TO DO

14:08:25 3 IN JUNE DOESN'T MEAN THAT HIS ROLE WAS NECESSARILY MINIMAL.

14:08:29 4 EVEN IF SHAKEIM IS THE LEAST CULPABLE PERSON IN THIS

14:08:32 5 INDICTMENT, THE FOURTH CIRCUIT HAS SAID THAT A MITIGATING

14:08:35 6 ROLE MAY NOT BE APPROPRIATE. MANY CONSPIRATORS ARE LESS

14:08:37 7 CULPABLE THAN OTHERS IN THE INDICTMENT AND THEY'RE NOT

14:08:40 8 ENTITLED TO MINOR OR MINIMAL ROLES.

14:08:41 9 HERE, SHAKEIM IS AVERAGE. HE'S TRAVELING TO PICK

14:08:44 10 UP DRUGS. HE'S RIDING THE BUS BACK WITH THEM. HE'S GOT

14:08:47 11 HIS OWN CUSTOMERS, PEOPLE HE'S PLANNING TO GIVE THESE DRUGS

14:08:50 12 TO. HE'S VERY SIMILAR TO DAKOTA HENDERSON, A CODEFENDANT

14:08:54 13 IN THE INDICTMENT, WHO SERVED -- OR PLAYED SIMILAR ROLES.

14:08:55 14 MR. HILL SAID IT WAS -- HE WAS IN LINE -- NEXT IN LINE TO

14:08:58 15 GET TAGGED. THAT'S HOW IT'S WORKS. HE'S INTERCHANGEABLE

14:09:03 16 WITH OTHER MEMBERS OF THE DTO. HE IS JUST THE SAME AS THE

14:09:06 17 REST OF THEM AND NOT SUBSTANTIALLY LESS CULPABLE.

14:09:09 18 DURING CROSS-EXAMINATION, MR. HILL ASKED A LOT OF

14:09:13 19 QUESTIONS ABOUT THE TIMING AND HOW SHAKEIM WAS ONLY SEEN IN

14:09:16 20 MAY OF 2024. PARAGRAPH 85 OF THE PSR REFLECTS, AND THE

14:09:20 21 DETECTIVE TESTIFIED, PRIOR TO MAY OF 2024, SHAKEIM WEEKS

14:09:24 22 ISN'T IN NORTH CAROLINA. IT'S NOT THAT HE'S IN NORTH

14:09:26 23 CAROLINA AND ON HIS BEST BEHAVIOR AND LAW ENFORCEMENT JUST

14:09:28 24 ISN'T SEEING HIM ENGAGED IN CRIMINAL ACTIVITY; HE'S NOT

14:09:31 25 HERE. BY HIS INFORMATION PROVIDED TO PROBATION, HE ARRIVES

IN NORTH CAROLINA, I BELIEVE, ON MAY 17TH, WHICH IS THE DAY THAT HE IS TELLING PEOPLE THAT HIM AND HIS NEPHEW ARE TALKING ABOUT TAKING A TRIP TO GET A HUNDRED BAGS.  IT'S FIVE DAYS LATER THAT HE'S MEETING WITH THE CI WITH ISAIAH TO COLLECT PAYMENT IN ORDER TO GO MAKE THAT VERY RESUPPLY TRIP.

SO IT'S NOT LIKE HE'S NOT INVOLVED IN CRIMINAL ACTIVITY AND WE'RE JUST MISSING HIM.  THE FIRST SEARCH WARRANT EXECUTED IN THIS CASE IS NOVEMBER OF 2022.  BASED ON THE PSR, AT THAT POINT SHAKEIM IS LIVING IN FAYETTEVILLE OR HAS ALREADY MOVED BACK TO THE TEXAS AREA.  AT LEAST BY EARLY OF 2023, HE'S LIVING IN TEXAS WHERE HE STAYS UNTIL HE COMES BACK TO NORTH CAROLINA AND IS IMMEDIATELY IN A POSITION OF TRUST WITH THIS DTO.

A HUNDRED THOUSAND PILLS ARE EXPENSIVE.  BEING THE GUY WITH THAT SUITCASE IS A TRUSTED ROLE.  RIDING WITH ISAIAH TO COLLECT PAYMENT, TRUSTED ROLE.  HE RODE WITH ISAIAH TO PHOENIX.  HE STAYED WITH ISAIAH IN PHOENIX.  AND THEN HE'S THE GUY THAT HAS THE VALUABLE GOODS WHEN HE'S COMING BACK.  IT'S NOT SOMEBODY WHO JUST JUMPED INTO CRIMINAL ACTIVITY AND ON THEIR VERY FIRST WHACK END UP WITH A HUNDRED THOUSAND FENTANYL PILLS.  THIS IS SOMETHING THAT HE KNEW ABOUT WEEKS IN ADVANCE AND WAS TELLING OTHER PEOPLE ABOUT WEEKS IN ADVANCE.

THE IDEA THAT HE'S JUST A COURIER OR THAT HE JUST

TRANSPORTED THE DRUGS, AGAIN, DOESN'T HELP HIM HERE.
THERE'S AT LEAST ONE UNPUBLISHED OPINION THE FOURTH CIRCUIT
CONFIRMED.  THERE'S NO PER SE COURIER REDUCTION.  EVEN IF
HE'S ONLY THAT -- WHICH I DON'T THINK THE EVIDENCE SHOWS
HERE -- HE'S NOT ENTITLED TO THE REDUCTION.

APPLICATION NOTE 3(C) LISTS NONEXHAUSTIVE FACTORS
FOR THE COURT TO CONSIDER.  AND WHEN WE APPLY THOSE HERE,
WE SEE THAT SHAKEIM IS WITH ISAIAH WHEN HE'S COLLECTING
MONEY, HE'S RIDING ACROSS THE COUNTRY WITH HIM, HE'S
STAYING IN PHOENIX WITH HIM, AND HE COMES BACK WITH A
HUNDRED THOUSAND PILLS.  HE KNOWS THE SCOPE OF THIS DRUG
TRAFFICKING ORGANIZATION IS A CROSS-COUNTRY GROUP.  HE
UNDERSTANDS, TO A RELATIVELY SIGNIFICANT DEGREE, WHERE THE
DRUGS ARE COMING FROM:  PHOENIX.  HE'S IN THE AIRBNB WHERE
THE DETECTIVE TESTIFIED THAT AT LEAST ON PRIOR OCCASIONS
THEY WOULD BE RESUPPLIED AT THE AIRBNB.

HE PARTICIPATES IN THE PLANNING AND
DECISION-MAKING PROCESS.  THE COURT SAW THE TEXTS AND HEARD
TESTIMONY THAT HE'S TELLING PEOPLE TWO WEEKS IN ADVANCE
THAT HE'S GOING TO GET A HUNDRED BAGS WITH HIS NEPHEW.  THE
NEXT DAY, ISAIAH IS TELLING THE CI HE NEEDS THE MONEY
BECAUSE THEY'VE GOT TO GO RE-UP.

SHAKEIM, IN THOSE TEXT MESSAGES, DOESN'T SAY, "MY
NEPHEW IS SENDING ME OUT TO PHOENIX."  HE DOESN'T SAY,
"I'VE GOT TO GO DO MY NEPHEW A FAVOR."  HE DOESN'T SAY, "MY

14:11:58  1    NEPHEW NEEDS ME TO DO THIS, SO I'M GOING TO DO IT THIS ONE

14:12:01  2    TIME."  HE SAYS, "ME AND MY NEPHEW ARE TALKING ABOUT TAKING

14:12:03  3    A TRIP TO GET A HUNDRED BAGS."  AND HE'S ADVERTISING THAT

14:12:06  4    FACT TO THE PEOPLE WHO ARE WAITING ON HIM TO GET BACK WITH

14:12:09  5    THE DRUGS.

14:12:10  6         AGAIN, THE COURT SAW THE TEXTS.  HE SAYS, "IS THIS

14:12:13  7    GOING TO HAPPEN SOON?"  AND SHAKEIM SAYS, "YES.  THEY'RE

14:12:15  8    WAITING ON ME.  IT'S IN THE WORKS."

14:12:17  9         HE AGREES IN THAT ONE CONVERSATION -- THE

14:12:19  10   INDIVIDUAL SAYS HE DOESN'T NEED MUCH TO GET BACK ON HIS

14:12:22  11   FEET.  AND SHAKEIM'S SOLUTION TO THAT, BASED ON THE

14:12:26  12   DETECTIVE'S TESTIMONY, IS THAT HE'S GOING TO FRONT HIM

14:12:28  13   FENTANYL PILLS WHEN HE GETS BACK TO SELL SO THAT HE CAN

14:12:30  14   HELP HIM GET ON HIS FEET.  OTHER PEOPLE ARE RELYING ON HIM.

14:12:34  15        WHEN WE LOOK AT HIS RESPONSIBILITY AND DISCRETION,

14:12:36  16   THE LAST FACTOR, HIS PHONE SUGGESTS HE'S ENGAGING ABOUT

14:12:40  17   WHEN TO GO, AND HE'S ENGAGING WITH OTHER PEOPLE OUTSIDE OF

14:12:42  18   ISAIAH ABOUT WHAT TO DO WHEN HE GETS BACK WITH THOSE PILLS.

14:12:45  19   THIS IS NOT THE GUY WHO IS PAID A THOUSAND DOLLARS TO PICK

14:12:48  20   UP A DUFFEL BAG OR TO DRIVE A CAR FROM POINT A TO POINT B.

14:12:51  21   HE'S ACTIVELY ENGAGING IN THIS CRIMINAL ACTIVITY WITH THIS

14:12:55  22   DTO, PARTICIPATING IN THE PLANNING, PARTICIPATING IN THE

14:12:58  23   DISTRIBUTION, AND HE'S ALSO, AS THE AGENT TESTIFIED,

14:13:02  24   PARTICIPATING IN GANG ACTIVITY, ACTIVELY INVOLVED WITH

14:13:05  25   VARIOUS SETS OF BLOOD GANGS.  AND THAT PREDATES HIS ARRIVAL

14:13:09  1   IN NORTH CAROLINA.  BUT IT IS CRIMINAL ACTIVITY WITHIN THE

14:13:11  2   SCOPE OF A DRUG TRAFFICKING CONSPIRACY.  HE CAN'T MEET HIS

14:13:15  3   BURDEN BY ONLY SAYING HE ONLY TRANSPORTED THESE DRUGS ONCE

14:13:18  4   AND HE ONLY SHOWED UP ONCE.  I DON'T THINK THAT THAT'S

14:13:20  5   FACTUALLY ACCURATE.  BUT I STILL DON'T THINK, EVEN IF TRUE,

14:13:23  6   THAT WOULD SAVE HIM -- OR WARRANT THE MITIGATING ROLE IN

14:13:27  7   THIS CASE.  HE'S NOT SUBSTANTIALLY LESS CULPABLE THAN

14:13:30  8   AVERAGE.  HE'S RIGHT IN THE MIDDLE OF THE PACK WITH THE

14:13:32  9   REST OF HIS COCONSPIRATORS.

14:13:41  10          THE COURT:  ALL RIGHT.  UNDER SECTION 3B1.2, A

14:13:44  11  DOWNWARD ADJUSTMENT MAY BE APPROPRIATE FOR A DEFENDANT WHO

14:13:46  12  PLAYS A PART IN COMMITTING THE OFFENSE THAT MAKES HIM

14:13:49  13  SUBSTANTIALLY LESS CULPABLE THAN THE AVERAGE PARTICIPANT IN

14:13:53  14  THE CRIMINAL ACTIVITY.  THAT'S SECTION 3B1.2, COMMENT NOTE

14:13:56  15  3(A).  A FOUR-LEVEL REDUCTION IS APPROPRIATE IF THE

14:14:00  16  DEFENDANT WAS A MINIMAL PARTICIPANT IN ANY CRIMINAL

14:14:03  17  ACTIVITY UNDER 3B1.2(A).  A TWO-LEVEL REDUCTION IS

14:14:06  18  APPROPRIATE IF THE DEFENDANT WAS A MINOR PARTICIPANT UNDER

14:14:09  19  3B1.2(B).  A MINOR PARTICIPANT IS SOMEONE WHO IS LESS

14:14:14  20  CULPABLE THAN MOST OTHER PARTICIPANTS IN THE CRIMINAL

14:14:17  21  ACTIVITY, BUT WHOSE ROLE COULD NOT BE DESCRIBED AS MINIMAL.

14:14:20  22  COMMENT NOTE 5.  IF THE CASE IS FALLING BETWEEN (A) AND

14:14:24  23  (B), DECREASE BY THREE LEVELS UNDER 3B1.2.

14:14:27  24          IN EVALUATING WHETHER TO APPLY A MITIGATING ROLE

14:14:30  25  ADJUSTMENT, THE COURT CONSIDERS THE TOTALITY OF THE

14:14:33  1  CIRCUMSTANCES THROUGH THE LENS OF FIVE NONEXHAUSTIVE

14:14:36  2  FACTORS AS DESCRIBED IN COMMENT NOTE 3(C):  (1) THE DEGREE

14:14:41  3  TO WHICH THE DEFENDANT UNDERSTOOD THE SCOPE AND STRUCTURE

14:14:43  4  OF THE CRIMINAL ACTIVITY; (2) THE DEGREE TO WHICH THE

14:14:46  5  DEFENDANT PARTICIPATED IN PLANNING OR ORGANIZING THE

14:14:48  6  CRIMINAL ACTIVITY; (3) THE DEGREE TO WHICH THE DEFENDANT

14:14:50  7  EXERCISED DECISION-MAKING AUTHORITY OR INFLUENCED THE

14:14:55  8  EXERCISE OF DECISION-MAKING AUTHORITY; (4) THE NATURE AND

14:14:59  9  EXTENT OF THE DEFENDANT'S PARTICIPATION IN THE COMMISSION

14:15:00  10  OF A CRIMINAL ACTIVITY, INCLUDING THE ACTS THE DEFENDANT

14:15:02  11  PERFORMED AND THE RESPONSIBILITY AND DISCRETION THE

14:15:04  12  DEFENDANT HAD IN PERFORMING THOSE ACTS; (5) THE DEGREE TO

14:15:07  13  WHICH THE DEFENDANT STOOD TO BENEFIT FROM THE CRIMINAL

14:15:10  14  ACTIVITY.

14:15:12  15       THESE PRINCIPLES ARE DISCUSSED IN CASES TO INCLUDE

14:15:13  16  *U.S. V. IGLESIAS*, 718 F.APP'X 210 (4TH CIR. 2018).  *U.S. V.*

14:15:21  17  *CARBAJAL*, 717 F.APP'X 234 (4TH CIR. 2018).  THE FACT THAT A

14:15:27  18  DEFENDANT PERFORMS AN ESSENTIAL OR INDISPENSABLE ROLE IN A

14:15:30  19  CRIMINAL ACTIVITY IS NOT DETERMINATIVE, UNDER COMMENT NOTE

14:15:33  20  3(C).  THE DEFENDANT BEARS THE BURDEN OF SHOWING THE

14:15:35  21  MITIGATING ROLE ADJUSTMENT APPLIES.  SEE *UNITED STATES V.*

14:15:38  22  *SANDOVAL*, 721 F.APP'X 281, (4TH CIR. 2018).

14:15:47  23       THE GUIDELINE'S COMMENTARY MAKES CLEAR AND THE

14:15:50  24  FOURTH CIRCUIT HAS NOTED THAT SECTION 3B1.2 ANALYSIS IS

14:15:53  25  HEAVILY DEPENDENT UPON THE FACTS OF THE PARTICULAR CASE.

14:15:56  1    SEE *UNITED STATES V. GUERRERO-DELEON*, 713 F.APP'X 163 (4TH

14:16:02  2    CIR. 2017).

14:16:03  3         HERE, I HAVE CONSIDERED THE FACTORS.  I UNDERSTAND

14:16:06  4    THE ARGUMENT ABOUT THE TOTALITY OF THE -- THE CONSPIRACY.

14:16:12  5    AND THE CONSPIRACY AS CHARGED IS FROM IN OR ABOUT JANUARY

14:16:16  6    2022 TO ON OR ABOUT NOVEMBER 6TH, 2024.  MR. SHAKEIM WEEKS

14:16:24  7    APPEARS, AS REFLECTED IN THE PSR -- AND I CREDIT THE

14:16:29  8    TESTIMONY OF AGENT WESCOE, WHEN YOU BEGIN -- WITH THE TEXT

14:16:39  9    MESSAGES -- WHEN HE RETURNS FROM TEXAS TO NORTH CAROLINA,

14:16:43  10   WITH THE TEXT MESSAGES THAT ARE -- THAT THE AGENT DISCUSSED

14:16:49  11   WHERE HE IS -- HE, THE DEFENDANT, IS COMMUNICATING WITH A

14:16:54  12   COUPLE OF DIFFERENT PEOPLE ON MAY 17TH, 2024, ABOUT HIM

14:17:04  13   MAKING PLANS WITH HIS NEPHEW, WHO IS ISAIAH WEEKS, TO TAKE

14:17:15  14   IN A DRIVE TO GET A HUNDRED BAGS TO KEEP IT BLOODY.

14:17:18  15   OBVIOUSLY, REFERRING TO THE -- HIS ROLE WITHIN THE BLOODS

14:17:22  16   ORGANIZATION THAT HE'S VERY PROUD TO BE PART OF.  AND THAT

14:17:25  17   THAT HUNDRED BAGS, REFERENCING THE FENTANYL THAT THEY WERE

14:17:28  18   GOING TO GO GET IN ARIZONA.  THAT'S REFLECTED IN GOVERNMENT

14:17:32  19   EXHIBIT 1.

14:17:32  20        LIKEWISE, IN GOVERNMENT EXHIBIT 2, HE TELLS THAT

14:17:37  21   INDIVIDUAL WITH WHOM HE'S COMMUNICATING ABOUT WANTING TO

14:17:42  22   SEE THE WHOLE GANG EAT, LEGALLY OR ILLEGALLY, YOU KNOW.

14:17:46  23   AND REFERENCES THAT HE DOES HAVE BUSINESSES BACK IN

14:17:49  24   HOUSTON.  AND THAT HE AND HIS NEPHEW, TALKING ABOUT GOING

14:17:55  25   TO GET THE HUNDRED BAGS, AND ALSO TALKING ABOUT THEN

| | | |
|---|---|---|
| 14:18:01 | 1 | FRONTING THE DRUGS TO THIS PERSON WITHOUT ANY INDICATION |
| 14:18:07 | 2 | THAT HE HAS TO GET THE APPROVAL OF ISAIAH, WHICH IS |
| 14:18:13 | 3 | CERTAINLY EVIDENCE -- WHEN YOU COUPLE IT WITH THE EVIDENCE |
| 14:18:17 | 4 | THAT HE TRAVELS WITH HIS NEPHEW TO ARIZONA, REFERENCES |
| 14:18:23 | 5 | STAYING IN THE AIRBNB WHERE THERE'S THE POOL AND THE |
| 14:18:28 | 6 | PUTT-PUTT, AND HE UNDERSTANDS THE SCOPE AND STRUCTURE OF |
| 14:18:32 | 7 | THE CRIMINAL ACTIVITY ASSOCIATED WITH THE INTERSTATE DTO, |
| 14:18:36 | 8 | OF TRAVELING TO ARIZONA. |
| 14:18:37 | 9 | AND THE SECOND FACTOR, THE DEGREE TO WHICH HE |
| 14:18:40 | 10 | PARTICIPATED IN THE PLANNING OR ORGANIZING THE CRIMINAL |
| 14:18:42 | 11 | ACTIVITY, CERTAINLY WITH RESPECT TO THIS TRIP.  AND THE |
| 14:18:45 | 12 | CONSPIRACY WAS LARGER, BUT HE'S -- HE'S PARTICIPATING IN |
| 14:18:49 | 13 | PLANNING THIS PART OF THE CRIMINAL ACTIVITY AND CERTAINLY |
| 14:18:52 | 14 | UNDERSTOOD THAT HE WOULD BE DRIVING -- THAT HE WOULD BE |
| 14:18:55 | 15 | RIDING BACK WITH THE DRUGS.  HIS EXERCISE OF |
| 14:18:57 | 16 | DECISION-MAKING AUTHORITY IS REFLECTED IN MAKING AN |
| 14:19:02 | 17 | AGREEMENT TO FRONT DRUGS THAT HE WAS GOING OUT TO ARIZONA |
| 14:19:04 | 18 | TO GET WITHOUT ANY REFERENCE TO GETTING OR SEEKING THE |
| 14:19:07 | 19 | APPROVAL OF ISAIAH OR ANYONE WHO WAS -- HAD A HIGHER PLACE |
| 14:19:12 | 20 | IN THE PYRAMID OF CULPABILITY WITHIN THIS DTO. |
| 14:19:17 | 21 | AND THE NATURE AND EXTENT OF HIS PARTICIPATION IN |
| 14:19:19 | 22 | THE COMMISSION OF THE CRIMINAL ACTIVITY, INCLUDING THE ACTS |
| 14:19:22 | 23 | HE PERFORMED AND THE RESPONSIBILITY AND DISCRETION HE HAD |
| 14:19:24 | 24 | IN PERFORMING THOSE ACTS.  AGAIN, HE CERTAINLY HAD THE |
| 14:19:28 | 25 | DISCRETION IN TALKING ABOUT ENGAGING IN THIS ACTIVITY IN |

ORDER TO FEED -- FEED THE BLOODS AND GETTING THIS OTHER
CRIMINAL BACK ON HIS FEET WITHOUT ANY REFERENCE TO ANYONE
ELSE.  THE DEGREE TO WHICH HE STOOD TO BENEFIT FROM THE
CRIMINAL ACTIVITY.  THE TEXTS THEMSELVES DON'T DETERIORATE
THAT, BUT SADLY SOME PEOPLE FIND BENEFIT FROM SORT OF BEING
INVOLVED IN GOING AND ACTUALLY GETTING DRUGS AND THEN
FRONTING.  AND HE CERTAINLY SUGGESTS THAT HE WANTS TO GET
INTO A POSITION WHERE HE CAN BE MORE BEHIND THE SCENES AND
BE A SUPPLIER AND NOT BE THE ONE THAT ACTUALLY IS DOING
ANYTHING REMOTELY, IN MY VIEW, HAND-TO-HAND.

        SO I THINK THE DEFENDANT HAS FAILED TO MEET HIS
BURDEN WITH PROVING THAT THERE SHOULD BE AN ADJUSTMENT OF
EVEN TWO LEVELS, MUCH LESS THREE OR FOUR.  I DO THINK
PROBATION PROPERLY SCORED THIS.  THE DEFENDANT'S OBJECTION
IS OVERRULED.

        THERE WERE NO OTHER OBJECTIONS -- CORRECT? -- FROM
THE DEFENSE, MR. ALLEN?

        MR. ALLEN:  THAT IS CORRECT, YOUR HONOR.

        THE COURT:  NO OBJECTIONS FROM THE UNITED STATES?

        MS. PEADEN:  THAT'S CORRECT, YOUR HONOR.

        THE COURT:  ALL RIGHT.  SO THE TOTAL OFFENSE LEVEL
IS 31, THE CRIMINAL HISTORY CATEGORY IS IV, THE ADVISORY
GUIDELINE RANGE IS 151 TO 188 MONTHS.

        YOU AGREE THAT THE 31 AND A IV YIELDS THE 151 TO
188, MR. ALLEN?

14:20:49  1          MR. ALLEN:  YES, YOUR HONOR.

14:20:50  2          THE COURT:  AND THE UNITED STATES AGREES WITH

14:20:51  3  THAT?

14:20:51  4          MS. PEADEN:  YES, YOUR HONOR.

14:20:52  5          THE COURT:  ALL RIGHT.  I'LL HEAR FIRST FROM

14:20:54  6  MR. ALLEN ON THE 3553(A) FACTORS AND THEN FROM MR. WEEKS

14:20:57  7  AND THEN FROM MS. PEADEN, THEN I'LL GIVE MR. ALLEN THE LAST

14:21:00  8  WORD.

14:21:00  9          MR. ALLEN.

14:21:01  10         MR. ALLEN:  THANK YOU, YOUR HONOR.

14:21:02  11         BEFORE WE LEAP INTO OTHER MITIGATION, I DO WANT TO

14:21:05  12 NOTE ON THE CRIMINAL HISTORY, I DID NOT ADDRESS THAT IN THE

14:21:09  13 SENTENCING MEMORANDUM.  AT PARAGRAPH 70 AND 71, YOU WILL

14:21:14  14 SEE THAT THE FIRST, WHEN HE IS AGE 20 -- BASICALLY, I THINK

14:21:19  15 A CRIMINAL HISTORY IV OVERSTATES OR OVERREPRESENTS THINGS.

14:21:23  16 I WOULD RESPECTFULLY SUGGEST HE'S GOT SEVEN POINTS.  THREE

14:21:26  17 OF THOSE ARE FROM A BREAKING AND ENTERING IN 2016 WHEN HE

14:21:33  18 WAS IN A GANG AT AGE 20.  THERE WERE $700 WORTH OF PROPERTY

14:21:39  19 STOLEN FROM TWO RESIDENCES.  AND THEN SHORTLY AFTER THAT,

14:21:45  20 THERE IS ANOTHER THREE POINTER AT AGE 21.  IT'S POSSESSION

14:21:50  21 OF A FIREARM BY FELON, PIGGYBACKING ON THE FELONY I JUST

14:21:55  22 DESCRIBED.  SO THAT'S SIX OF THE SEVEN POINTS.  THE SEVENTH

14:21:58  23 POINT COMES AT AGE 26, IN 2022.  IT'S SIMPLE POSSESSION.

14:22:03  24 HE GETS A POINT FOR THAT.

14:22:04  25         AND SO I WOULD ASK YOUR HONOR TO TAKE INTO

14:22:07 1    CONSIDERATION THAT THAT'S A PRETTY THIN CRIMINAL HISTORY IV

14:22:13 2    AGAINST THE BROAD SWEEP OF THINGS THAT I KNOW THE COURT

14:22:16 3    SEES.

14:22:18 4         LEAPING INTO MATERIAL THAT I KNOW YOUR HONOR IS

14:22:21 5    FAMILIAR WITH, BUT -- AND IF YOU'LL BEAR WITH ME BRIEFLY --

14:22:27 6    AND YOU'VE BEEN SO GENEROUS WITH YOUR TIME -- I WANT TO

14:22:30 7    DESCRIBE, PARTICULARLY FOR SHAKEIM, THE KINDS OF THINGS

14:22:32 8    THAT PEOPLE ARE SAYING ABOUT HIM AND JUST REVIEW QUICKLY

14:22:36 9    THE INFORMATION THAT CAUSED PROBATION TO SUGGEST

14:22:42 10   CONSIDERING A VARIANCE.

14:22:44 11        SO AS YOU KNOW, SHAKEIM WAS EXPOSED TO DRUG USE

14:22:48 12   AND TRAUMA FROM AN EARLY AGE.  HIS MOM DIED OF A COCAINE

14:22:52 13   OVERDOSE WHEN HE WAS 8.  HIS DAD WAS 63 WHEN HE WAS BORN.

14:22:57 14   THEY WERE NEVER TOGETHER.  HE DIES 15 YEARS LATER.  HE THEN

14:23:00 15   GOES TO LIVE WITH HIS PATERNAL HALF-BROTHER.  SO A MUCH

14:23:06 16   OLDER -- I THINK IN HIS 30S WHEN HE IS ONLY 12?  15?

14:23:11 17   SOMEWHERE IN THERE.  AND HE'S BEATEN SEVERELY.  HE'S

14:23:14 18   LITERALLY BURNED WITH CIGARETTES BY THE ABUSIVE OLDER

14:23:18 19   BROTHER MALCOLM WILLIAMS.

14:23:20 20        HE THEN COMES BACK.  HE'S WITH AN AUNT WHO ALSO IS

14:23:25 21   ABUSIVE AND IS BASICALLY TAKING THE CHECK THAT COMES IN FOR

14:23:32 22   THE CARE.  HE THEN IS WITH, I THINK, ANOTHER AUNT WHO ALSO

14:23:39 23   HAS SUBSTANCE ABUSE PROBLEMS WHO HE SEES USING DRUGS.  HE

14:23:45 24   ACTUALLY HAS AN AUNT WHO HE SEES DIES -- DIE OF AN OVERDOSE

14:23:50 25   AND ATTEMPTS TO REVIVE HER, AT AGE 12.  HE HAS -- HE'S NOT

14:23:56  1  LUCKY IN HIS FIRST SHOT WITH FOSTER CARE.  HE GETS PUT IN A

14:23:59  2  SINGLEWIDE TRAILER WITH SOMEONE IN HAMLET WHO IS BASICALLY

14:24:05  3  TAKING $600 AND GIVING HIM NONE OF IT.  THERE WERE MULTIPLE

14:24:09  4  PEOPLE LIVING THERE.  HE THEN IS VERY FORTUNATE AND LANDS

14:24:14  5  WITH JOANNE AND TERRY THOMAS, WHO HE CONTINUES TO TALK OF

14:24:19  6  AS MOM AND DAD.  THEY WOULD BE HERE BUT THEY WERE ON A

14:24:22  7  PREPLANNED CRUISE.  BUT THEY ARE HERE IN SPIRIT.  AND THEY

14:24:26  8  SENT LETTERS THAT I KNOW YOUR HONOR HAS READ.  SHAKEIM HAS

14:24:31  9  NOT HAD AN OPPORTUNITY TO SEE THEM ALL.  BUT I JUST WANTED

14:24:34  10  TO QUICKLY TOUCH ON THE THINGS THAT ARE STATED THERE,

14:24:36  11  BECAUSE I DO THINK IT IS POWERFUL UNDER 3553(A).  THIS IS

14:24:42  12  UNUSUAL STUFF FOR ME TO SEE.

14:24:44  13       SO HIS MOM, AS HE CALLS HER JOANNE THOMAS, HIS

14:24:48  14  FOSTER MOTHER, SAYS THAT SHAKEIM WAS BORN TO AN EX-CON

14:24:54  15  FATHER WHO WAS MUCH OLDER THAN HIS DRUG-ADDICTED MOTHER.

14:24:56  16  HIS MOM DIED FROM A DRUG-INDUCED HEART ATTACK WHEN SHAKEIM

14:25:00  17  WAS ABOUT 6.  HE WAS LEFT WITH HIS AUNT, MARYANN EDWARDS.

14:25:03  18  SHE LIVED ON WHAT IS CALLED THE NORTH YARD, OR DOBBIN

14:25:06  19  HEIGHTS.  THE PROJECTS, AS SHAKEIM HIMSELF WOULD SAY.

14:25:09  20       BUT, YOU KNOW, SHE GOES ON TO SAY SHAKEIM WAS

14:25:13  21  LOVING AND PROTECTING -- PROTECTIVE OF OUR FAMILY.  WE HAD

14:25:16  22  TO HELP HIM REALIZE THAT HE NO LONGER HAD TO FIGURE OUT HOW

14:25:19  23  TO FEED AND CLOTHE HIMSELF.  IT'S HARD FOR ME TO IMAGINE

14:25:24  24  ONE OF MY CHILDREN BEING IN THOSE CIRCUMSTANCES.  THIS IS A

14:25:27  25  YOUNG MAN WHO BASICALLY HAD TO DO THAT FROM AGE 6 ON, WHEN

14:25:32 1 HIS MOM DIES ONWARDS. HE'S BASICALLY TAKING CARE OF

14:25:35 2 HIMSELF. MS. THOMAS, WHO IS A NURSE AND IS A PRACTICAL

14:25:40 3 PERSON, AS I THINK YOU CAN TELL FROM READING HER LETTER,

14:25:43 4 HAS SEEN SOME STUFF. SAYS, "I BELIEVE SHAKEIM CAN GET IT

14:25:48 5 RIGHT WITH A LITTLE MORE GOOD EXAMPLE."

14:25:50 6        HER HUSBAND, TERRY THOMAS, WHO HE DESCRIBES -- WHO

14:25:57 7 SHAKEIM CALLS DAD: SHAKEIM CAME TO LIVE WITH US WHEN HE

14:26:01 8 WAS 15. HIS UPBRINGING AND LIFESTYLE WITH -- FOR THE

14:26:04 9 STREETS, HIS INFLUENCERS WERE MUCH OLDER THAN HE WAS,

14:26:08 10 LITTLE TO NO EDUCATION. AFTER HIS FATHER DIED, HE WAS

14:26:11 11 OFTEN LEFT ALONE AND HAD TO FEND FOR HIMSELF. HE WAS

14:26:14 12 LIVING FROM HOUSE TO HOUSE, EATING AND SLEEPING WHERE HE

14:26:17 13 COULD WITH FAMILY. HE WAS NO LONGER TOLERATED BY THEM. HE

14:26:20 14 WENT -- WHEN HE WAS NO LONGER TOLERATED BY THEM, HE WENT

14:26:24 15 FROM FOSTER HOME TO FOSTER HOME WITH NO STABILITY. DESPITE

14:26:27 16 ALL OF THESE DIFFICULTIES, HE WAS ALWAYS FULL OF JOY AND

14:26:30 17 LAUGHTER. UNLESS YOU KNEW OF HIS STRUGGLE, WHEN YOU SAW

14:26:34 18 HIM, YOU WOULD NEVER KNOW HE WAS GOING THROUGH ALL THAT HE

14:26:36 19 WAS. SHAKEIM IS A LOVEABLE YOUNG MAN WITH MANNERS AND

14:26:40 20 INTEGRITY BUT SOMETIMES CAN BE EASILY INFLUENCED BY FAMILY

14:26:43 21 AND PEERS. WE ARE NOT BLOOD RELATED BUT WE HAVE A

14:26:46 22 RELATIONSHIP MUCH CLOSER THAN MANY FATHERS AND SONS HAVE,

14:26:50 23 EVEN IN THESE CIRCUMSTANCES.

14:26:52 24        AND I'M THINKING, YOUR HONOR, ABOUT THE SENTENCING

14:26:54 25 EARLIER WHEN THE COURTROOM WAS PACKED WITH FAMILY, AND

14:27:02  1  MR. WEEKS NEVER HAD ANY OF THAT. NOT ONCE. BUT HE DID --

14:27:07  2  HE WAS FORTUNATE WITH JOANNE AND TERRY THOMAS. THEY'RE

14:27:10  3  STILL IN HIS LIFE. WHEN HE WAS AWAY FROM THEM WAS WHEN HE

14:27:14  4  GOT INTO SOME OF THESE SITUATIONS. HE IS -- AS HIS BROTHER

14:27:21  5  SAYS, SHAKEIM IS NOT BEYOND REDEMPTION. HE'S ALWAYS HAD A

14:27:25  6  GOOD HEART. I BELIEVE WITH TIME, REFLECTION, AND THE RIGHT

14:27:27  7  SUPPORT, HE WILL EMERGE FROM THIS EXPERIENCE STRONGER,

14:27:30  8  WISER, MORE DETERMINED TO LIVE UP TO THE POTENTIAL THAT HE

14:27:32  9  ALWAYS HAS WITH HIM.

14:27:34  10       YOUR HONOR, I'VE SPENT A GREAT DEAL OF -- PART OF

14:27:36  11  WHAT WE DO ON THESE APPOINTED CASES IS SPEND TIME IN THE

14:27:40  12  DETENTION FACILITIES TALKING AND THINKING ABOUT HOW WE GOT

14:27:43  13  HERE, LEARNING THE STORIES. I CAN SAY TO YOU WITH ABSOLUTE

14:27:49  14  SINCERITY SHAKEIM IS PROBABLY MY FAVORITE CLIENT EVER. HE

14:27:53  15  IS POSITIVE. HE HAS GREAT PERSPECTIVE. HE LEARNS. WE'VE

14:27:59  16  TALKED ABOUT WHAT'S HAPPENED HERE. HE SEES WHAT A TERRIBLE

14:28:05  17  DECISION HE MADE. HE TAKES RESPONSIBILITY FOR IT. HE WILL

14:28:09  18  STAND UP AND DO THAT TO YOUR HONOR. HE'S ALWAYS

14:28:13  19  RESPECTFUL. HE'S ALWAYS GRACIOUS. AND I FERVENTLY BELIEVE

14:28:17  20  THAT HE CAN GO FORTH AND DO BETTER AND WILL DO BETTER.

14:28:21  21       I KNOW YOUR HONOR THINKS ABOUT PAST IS PROLOGUE

14:28:25  22  AND -- AND VALUES FREE WILL. AND ONE OF THE INDICATIONS

14:28:34  23  THAT I HAVE FOR YOUR HONOR, THAT SHAKEIM UNDERSTANDS THAT

14:28:38  24  THERE ARE CHOICES TO BE MADE; AND THAT WHILE HE'S MADE A

14:28:42  25  CHOICE HERE, HE CAN MAKE A DIFFERENT CHOICE GOING FORWARD,

14:28:44  1   IS THAT HE -- WE'VE TALKED ABOUT THE GANG SITUATION.  AND

14:28:48  2   HE WANTED ME TO REPRESENT HERE IN COURT THAT HE ABSOLUTELY

14:28:53  3   REPUDIATES ANY FURTHER INVOLVEMENT.  HE SEES THAT IT HAS

14:28:57  4   CAUSED HIM NOTHING BUT GRIEF.  AND, YOUR HONOR, I WOULD

14:29:00  5   ASK, IF POSSIBLE, IN THE STATEMENT OF REASONS -- I BELIEVE

14:29:04  6   THERE'S A SECTION UNDER "OTHER," THAT A NOTATION BE MADE

14:29:08  7   THAT HE IN OPEN COURT HAS WITHDRAWN FROM ANY GANG-RELATED

14:29:14  8   CONNECTION.  IT'S SINCERE, BECAUSE HE SEES THE GRIEF THAT

14:29:17  9   IT HAS BROUGHT HIM TO.

14:29:25  10       ONE OF THE OTHER DIFFERENCES FROM THIS MORNING IS

14:29:29  11  THAT WHEREAS THE DEFENDANT THEN HAD NO INVOLVEMENT WITH

14:29:33  12  SUBSTANCE ABUSE, SHAKEIM WAS EXPOSED TO MARIJUANA AND TRIED

14:29:36  13  IT FOR THE FIRST TIME WHEN HE WAS 12.  HE WAS ADDICTED.

14:29:40  14  BUT HE REMAINS ADDICTED.  HE'S BEEN CLEAN IN JAIL.  BUT

14:29:44  15  IT'S GOING TO BE A LIFELONG STRUGGLE AND HE WOULD BENEFIT

14:29:47  16  FROM RDAP, YOUR HONOR; SO I WOULD ASK YOUR HONOR TO

14:29:49  17  RECOMMEND THAT.

14:29:59  18       MENTAL HEALTH, DEFINITELY.  AND VOCATIONAL.  WE

14:30:02  19  WOULD ASK YOU TO RECOMMEND THOSE THINGS.  WE WOULD ASK YOU

14:30:04  20  TO RECOMMEND BUTNER.

14:30:06  21       YOUR HONOR, I THINK WHAT WE'VE DONE ADEQUATELY

14:30:09  22  PRESERVES THE OBJECTION ON -- ON THE MITIGATING ROLE, BUT

14:30:14  23  CERTAINLY WE WOULD RESPECTFULLY ASK TO PRESERVE THAT

14:30:16  24  OBJECTION.

14:30:18  25       AND, YOUR HONOR, I AM HERE EARNESTLY FOR THE SORT

```
14:30:24   1   OF THE REASONS THAT WE'VE BEEN TALKING ABOUT AND YOU'VE
14:30:29   2   HEARD ME WIND ON ABOUT.  THE MITIGATION IN PARTICULAR I
14:30:33   3   WOULD RESPECTFULLY ASK YOUR HONOR TO SENTENCE HIM AT THE
14:30:36   4   STATUTORY MINIMUM OF TEN YEARS.
14:30:40   5             THE COURT:  THANK YOU.
14:30:41   6             AT THIS TIME I'LL HEAR FROM MR. WEEKS, IF YOU
14:30:42   7   WOULD LIKE TO MAKE A STATEMENT.
14:30:44   8             THE DEFENDANT:  YES, SIR.
14:30:47   9             I JUST WANT TO APOLOGIZE FOR COMING INTO YOUR
14:30:50  10   COURTROOM IN FRONT OF YOU ON THIS TYPE OF CHARGE.  AND I
14:30:54  11   JUST WANT TO LET YOU KNOW THAT I PLAN TO LEARN EVERYTHING
14:30:57  12   THAT I CAN IN THE B.O.P. AS FAR AS VOCATIONAL CLASSES,
14:31:04  13   RDAP, HELP GET MY MENTAL STRAIGHT, YOU KNOW, STAY AWAY FROM
14:31:08  14   CERTAIN -- A LOT OF PEOPLE AND A LOT OF GANG MEMBERS, SIR.
14:31:11  15   AND I JUST WANT TO GET IT RIGHT THIS TIME AND MAKE BETTER
14:31:16  16   DECISIONS GOING FORWARD.  AND AGAIN, I JUST WANT TO
14:31:19  17   APOLOGIZE, SIR --
14:31:20  18             THE COURT:  THANK YOU.
14:31:21  19             THE DEFENDANT:  -- SINCERELY AND HONESTLY.  THANK
14:31:23  20   YOU.
14:31:23  21             THE COURT:  THANK YOU.
14:31:24  22             AT THIS TIME I'LL HEAR FROM MS. PEADEN ON BEHALF
14:31:27  23   OF THE UNITED STATES.
14:31:27  24             MS. PEADEN:  THANK YOU, YOUR HONOR.
14:31:28  25             THE COURT IS WELL FAMILIAR WITH THE NATURE AND
```

| | |
|---|---|
| 14:31:30 | 1 |
| 14:31:32 | 2 |
| 14:31:35 | 3 |

CIRCUMSTANCES OF THIS CONDUCT, AND THEY'RE ADEQUATELY
OUTLINED IN THE PSR.  SHAKEIM WEEKS AND THE GROUP THAT HE'S
WORKING WITH ARE MOVING THOUSANDS OF FENTANYL PILLS INTO
RALEIGH.  HE'S ARRESTED IN POSSESSION OF 100,000.  AND WE
TALK ABOUT HOW TO QUANTIFY THIS NUMBER OF PILLS, THIS
EXPOSURE TO FENTANYL.  AND EVEN THEN IT'S DIFFICULT TO
APPRECIATE THE MAGNITUDE.  IN THIS ONE TRIP, HE HAD ENOUGH
FENTANYL PILLS TO SUPPLY ONE FIFTH OF THE POPULATION OF
RALEIGH.  THE CDC SAYS IN 2023 THERE WERE APPROXIMATELY
110,000 OVERDOSES.  IN THIS ONE TRIP, HE HAS ALMOST ENOUGH
FENTANYL PILLS TO ACCOUNT FOR EVERY SINGLE ONE OF THEM.

        AND AS WE'VE TALKED ABOUT, HE'S NOT JUST THE GUY
ON THE BUS; HE'S THE GUY WITH A PLAN FOR WHAT TO DO WITH
THE PILLS WHEN HE GETS BACK, AND PART OF THAT PLAN INCLUDES
HELPING OTHERS GET BACK ON THEIR FEET BY FRONTING THEM
FENTANYL PILLS.

        IN THE TEXT MESSAGES THAT THE COURT SAW, THAT
INDIVIDUAL THAT SHAKEIM IS TALKING TO, AS THE AGENT
TESTIFIED, SHAKEIM THINKS HE'S ON AN ANKLE MONITOR.  THEY
ARE ACTIVELY TALKING ABOUT THE FACT THAT THIS INDIVIDUAL
HAS CRIMINAL CHARGES PENDING, HAS TO FIND A WAY TO PAY HIS
LAWYER AND FEED HIS KIDS, AND SHAKEIM'S SOLUTION IS, "I'LL
FRONT YOU FENTANYL PILLS."

        HE DOES HAVE A SOMEWHAT LIMITED CRIMINAL HISTORY.
WE DO -- I VIEWED PARAGRAPH 70 AND 71 SLIGHTLY DIFFERENT.

14:32:45  1   I UNDERSTAND MR. ALLEN'S ARGUMENT ABOUT HOW THEY SCORE.

14:32:48  2   BUT IF YOU LOOK AT THEM SLIGHTLY DIFFERENTLY, HE'S ARRESTED

14:32:52  3   AND CONVICTED OF THREE FELONIES, THE LARCENIES AND THE

14:32:56  4   B&ES.  HE MAKES IT FOUR MONTHS INTO HIS SUSPENDED SENTENCE

14:32:59  5   BEFORE HE'S, AGAIN, ARRESTED IN POSSESSION OF A FIREARM.

14:33:02  6   SO THE THREAT OF THE SUSPENDED SENTENCE THAT HE GETS ON THE

14:33:04  7   B&ES, NOT ENOUGH TO KEEP HIM FROM HAVING A GUN FOR A MERE

14:33:08  8   FOUR MONTHS.  HE DOESN'T MAKE IT HALF A YEAR.  SO IT'S JUST

14:33:12  9   THAT HE SERVES FOR THE SUSPENDED SENTENCE AND FOR THE

14:33:15  10  POSSESSION OF THE FIREARM JUST A COUPLE OF MONTHS LATER.

14:33:19  11          IN APRIL OF 2024, HE TELLS SOMEBODY THAT HE'S

14:33:23  12  TEXTING THAT THE POLICE -- WHO HE REFERS TO AS "THE 12" --

14:33:25  13  HAVE HIT ONE OF THE TRAPS.  AS LAW ENFORCEMENT TESTIFIED,

14:33:28  14  THAT MEANS SOMEWHERE THAT HE'S STORING DRUGS OR SOMEONE

14:33:31  15  HE'S ASSOCIATED WITH.  AND HE'S TRYING TO BUILD BACK UP

14:33:34  16  FROM THAT.  SO APRIL OF 2024, POLICE HAVE HIT THE TRAP AND

14:33:37  17  HE'S GOT TO GO BACK UP BECAUSE THEY TOOK 80 GRAND AND

14:33:42  18  POUNDS OF WHATEVER SUBSTANCES HE'S REFERRING TO.

14:33:44  19          MAY OF 2024, HE'S IN RALEIGH PLANNING THIS

14:33:46  20  RESUPPLY TRIP WITH ISAIAH.  SO HE'S RELATIVELY UNDETERRED

14:33:52  21  BY WHATEVER INTERACTION THAT IS WITH THE POLICE.  IT'S NOT,

14:33:55  22  "LET ME STOP.  LET ME DRAW BACK.  LET ME FIGURE OUT WHAT

14:33:59  23  CHOICES I'M GOING TO MAKE DIFFERENTLY."  THE ONLY CHOICE HE

14:34:01  24  MAKES DIFFERENTLY IS TO GO TO ANOTHER STATE AND ENGAGE IN

14:34:04  25  DRUG TRAFFICKING.

14:34:05 1      HE DID HAVE AN UNBELIEVABLY DIFFICULT CHILDHOOD,

14:34:07 2  AND THE COURT SHOULD ABSOLUTELY CONSIDER THAT AS A PART OF

14:34:10 3  THE 3553 FACTORS.  BUT HE'S NOT SOMEONE WHO IS ADDICTED TO

14:34:15 4  FENTANYL, WHO IS UNABLE TO MAKE A LEGAL LIVING.  HE'S JUST

14:34:18 5  SELLING IT.  HE'S JUST PICKING IT UP AND THEN SELLING IT, I

14:34:21 6  GUESS.  HE HAS THE ABILITY TO EARN MONEY LEGALLY, AND HE

14:34:24 7  RECOGNIZES THAT.  THE COURT SAW THE TEXT MESSAGES.  HE SAYS

14:34:28 8  WORKING OR TRAPPING.  HE SAYS, "I WANT TO SEE THE GANG --

14:34:31 9  WHOLE GANG EAT, LEGALLY OR ILLEGALLY."  SO HE IS

14:34:36 10 CONSCIOUSLY AWARE *I HAVE A CHOICE HERE*, AND HE IS CHOOSING

14:34:40 11 ILLEGALLY FOR HIMSELF, AND HE IS CHOOSING ILLEGALLY FOR THE

14:34:44 12 PEOPLE AROUND HIM WHO FIND THEMSELVES IN TROUBLE AND ARE

14:34:47 13 TRYING TO FIGURE OUT WHAT PATH THEY'RE GOING TO TAKE.

14:34:49 14      SO TO PROMOTE RESPECT FOR THE LAW, TO PROVIDE

14:34:52 15 DETERRENCE TO SHAKEIM WEEKS, TO OTHER PEOPLE AROUND HIM WHO

14:34:54 16 MIGHT BE FACING THAT SAME CHOICE, THAT SAME "AM I GOING TO

14:34:57 17 DO THIS LEGALLY OR ILLEGALLY," AND TO PROVIDE JUST

14:35:00 18 PUNISHMENT FOR AN EGREGIOUS AMOUNT OF FENTANYL PILLS JUST

14:35:03 19 IN THIS ONE TRIP, THE GOVERNMENT BELIEVES A GUIDELINE

14:35:06 20 SENTENCE IS WARRANTED AND THAT NO DOWNWARD VARIANCE IS

14:35:08 21 APPROPRIATE.  THANK YOU, YOUR HONOR.

14:35:10 22      THE COURT:  THANK YOU.

14:35:11 23      ANYTHING ELSE, MR. ALLEN?  AND ANY OTHER

14:35:13 24 RECOMMENDATIONS THAT YOU WANT?

14:35:16 25      MR. ALLEN:  YES, YOUR HONOR.  I JUST WANT TO

14:35:17 1  FOLLOW UP ON THAT ONE POINT.  AND I CAN'T -- MAYBE I'M

14:35:21 2  BEING BAITED INTO IT.  BUT THE IDEA THAT HE'S ENGAGED IN

14:35:24 3  EXTENSIVE DRUG TRAFFICKING HAS ZERO BASIS IN THE

14:35:27 4  EVIDENCE -- THE PHYSICAL EVIDENCE AND IN HIS CRIMINAL

14:35:31 5  RECORD.  I MEAN, HE GETS -- HE GETS THE ONE SIMPLE

14:35:35 6  POSSESSION THAT STARTS OUT WITH A LITTLE MORE CHARGE.  SO,

14:35:39 7  I MEAN, IF HE'S REALLY THIS -- THERE'S A LOT OF

14:35:43 8  SPECULATION.  THERE'S NOT SPECULATION ABOUT WHAT HE WAS

14:35:46 9  CAUGHT WITH.

14:35:46 10  AND I UNDERSTAND THE DETECTIVE'S INTERPRETATIONS

14:35:49 11  OF THE TEXTS.  THAT'S A BAD FACT FOR US.  AND THE QUANTITY

14:35:54 12  OF DRUGS ARE BAD FACTS.  BUT HE HAD NO PRIOR INVOLVEMENT.

14:35:57 13  IT'S JUST THAT ONE STRETCH THERE.  AND THERE WAS A FAMILY

14:36:07 14  RELATIONSHIP THERE.  AND HE RECOGNIZES THAT HE CANNOT --

14:36:14 15  HE'S GOT TO BE INCREDIBLY STRONG AND HE WILL BE ABOUT WHO

14:36:20 16  HE ASSOCIATES WITH.

14:36:22 17  SO, YOUR HONOR, THANK YOU FOR TAKING THE -- THE

14:36:25 18  GOVERNMENT WOULD HAVE NO CONSIDERATION GIVEN THE

14:36:28 19  MITIGATION.  THEY MAY MOUTH THE WORDS, BUT THAT IS --

14:36:32 20  THE COURT:  I MEAN, I UNDERSTAND THE CHAOTIC

14:36:34 21  CHILDHOOD.  BUT -- AND I WANT TO GIVE YOU A CHANCE TO

14:36:36 22  ADDRESS IT.  BECAUSE I GET -- RIGHT? -- THAT HE'S 6 YEARS

14:36:41 23  OLD AND HIS MOTHER IS A CRACK ADDICT AND DIES EITHER OF A

14:36:45 24  HEART ATTACK AS A RESULT OF THE CRACK OR JUST HOW MUCH THAT

14:36:49 25  CAN JUST DESTROY YOUR HEART, AND THEN AN AUNT DIES IN HIS

14:36:55 1 ARMS OF AN OVERDOSE.  AND THEN AS AN ADULT, HE CHOOSES --

14:37:00 2 *HE CHOOSES* -- TO DEAL IN ONE OF THE DEADLIEST DRUGS THAT IS

14:37:08 3 A PLAGUE IN THIS DISTRICT, IN THIS STATE, AND IN THIS

14:37:13 4 COUNTRY.  IT'S A DEGREE OF CALLOUSNESS FOR THE VOLUME.  I

14:37:20 5 WANT TO GIVE YOU A CHANCE TO ADDRESS IT BECAUSE I WILL NOT

14:37:24 6 IGNORE THE CHAOS OF HIS CHILDHOOD.  BUT AT THE SAME TIME, I

14:37:28 7 WILL NOT IGNORE THE MALICE THAT'S REFLECTED IN HIS CHOICE

14:37:33 8 AS AN ADULT TO POISON COUNTLESS PEOPLE TO SATIATE HIS

14:37:43 9 GREED.  THAT'S WHAT A DRUG DEALER DOES.

14:37:43 10             MR. HILL:  AND, YOUR HONOR --

14:37:48 11             THE COURT:  AND SO I WANT YOU TO BE ABLE TO --

14:37:50 12 GIVE ME YOUR BEST ARGUMENT.  I'M NOT GOING TO -- I'M NOT

14:37:52 13 GOING TO IGNORE THE BAD PARTS OF HIS CHILDHOOD, BUT IT

14:37:57 14 IS -- ABSOLUTELY WOULD BE WRONG FOR ME TO IGNORE THAT HE

14:38:01 15 HAD THESE EXPERIENCES AS A CHILD AND HE IS WILLING TO

14:38:05 16 INFLICT THAT ON OTHER CHILDREN, ON OTHER FAMILIES, ON THIS

14:38:10 17 DISTRICT, ON THIS STATE, ON THIS COUNTRY, TO SATIATE HIS

14:38:15 18 GREED.  YOUR OPPORTUNITY TO ADDRESS IT.

14:38:19 19             MR. ALLEN:  YES, SIR.  MOTHER DIES AT 6.  AUNT

14:38:23 20 DIES IN HIS ARMS.  THAT'S TRAUMA, YOUR HONOR.  THERE ARE

14:38:26 21 ALL SORTS OF MENTAL HEALTH ISSUES THAT COME WITH THAT.

14:38:29 22 THERE IS POOR DECISION-MAKING THAT COMES WITH THAT.  HE IS

14:38:32 23 AN ADDICT OF MARIJUANA SINCE AGE 12.

14:38:36 24             I UNDERSTAND DEEPLY THE COURT'S CONCERN ABOUT THE

14:38:45 25 AMOUNT OF DRUGS HERE.  IT IS CLEAR FROM THE TESTIMONY THAT

| | |
|---|---|
| 14:38:50 | 1 |
| 14:38:53 | 2 |
| 14:39:00 | 3 |
| 14:39:07 | 4 |

THIS WAS THE ONE INSTANCE IN WHICH HE WAS INVOLVED IN THIS DTO.  AND THE REASON -- I MEAN, HE IS THE SUCKER.  HE'S THE ONE WHO IS HOLDING THE BAG.  HE RECOGNIZES THAT NOW.  HE IS --

THE COURT:  BUT THE TEXTS -- THE TEXTS IN TITLE III, THEY GIVE A PERSON -- AT LEAST THEY GIVE ME A GLIMPSE INTO WHO SOMEBODY REALLY IS.  I SEE GLEE AND PLANNING.  I DON'T SEE, YOU KNOW, "MY NEPHEW IS DOING SOMETHING.  I DON'T KNOW, YOU'VE GOT TO TALK TO MY NEPHEW."  THAT'S NOT WHAT I SEE IN THESE TEXTS.  AND IF THIS -- THIS IS A WINDOW INTO WHO HE IS FOR REAL.

MR. ALLEN:  THERE ARE NO TEXTS WITH ISAIAH WEEKS. THERE ARE NO TEXTS WITH ANY OTHER MEMBER OF THIS CONSPIRACY.  THERE'S A LOT OF PUFFERY IN THOSE TEXTS.  FOR EXAMPLE, THE RIMS AND FLASHY LIFESTYLE.  THE GUY WAS HOMELESS WITH NO CAR, NO REAL ESTATE, NO APARTMENT.  HE HAD BEEN LIVING HOTEL TO HOTEL, WHICH WE SEE IN THE TEXTS.  HAD I KNOWN WE WERE GOING TO HAVE AN AGENT UP HERE, I WOULD HAVE BROUGHT THOSE IN.  HE WAS BASICALLY HOMELESS IN TEXAS FROM MARCH OF 2023 UNTIL HE MOVES BACK IN MAY OF 2024.

YOUR HONOR, THANK YOU FOR ENGAGING.  I KNOW THAT THE AMOUNT OF DRUG THREATENS TO OVERWHELM ANYTHING ELSE.  I WOULD ASK YOUR HONOR TO CAREFULLY CONSIDER WHAT HIS ROLE WAS.  I UNDERSTAND THAT THE COURT HAS DECLINED TO GIVE A MITIGATING ROLE, BUT IT'S ALSO NOT DRIVING THIS.  AND THERE

| | | |
|---|---|---|
| 14:40:30 | 1 | WERE MANY OTHER TRIPS TO PHOENIX, THERE WERE MANY OTHER |
| 14:40:34 | 2 | PACKAGES MAILED, LOTS OF OTHER CONDUCT GOING ON.  THIS IS |
| 14:40:37 | 3 | RIGHT AFTER HE GETS BACK.  AND IT'S SOMETHING HE WILL |
| 14:40:41 | 4 | OBVIOUSLY BEAR THE CONSEQUENCES OF.  WHAT I AM STRUGGLING |
| 14:40:43 | 5 | TO DO IS TO GIVE HIM -- GET A SENTENCE FROM THE COURT AFTER |
| 14:40:49 | 6 | FULL CONSIDERATION OF HARDSHIPS THAT I DON'T THINK ANY OF |
| 14:40:55 | 7 | US CAN FAIRLY SAY WE CAN IMAGINE OR REALLY EMPATHIZE WITH, |
| 14:40:59 | 8 | IS UNIMAGINABLE WHAT HE ENDURED. |
| 14:41:01 | 9 | BUT HE IS A PERSON WHO IS CAPABLE OF DOING MUCH |
| 14:41:05 | 10 | BETTER.  I UNDERSTAND THAT THE GOVERNMENT WOULD HAVE THAT |
| 14:41:08 | 11 | HELD AGAINST HIM.  I WOULD ALSO ASK THAT THE COURT THINK |
| 14:41:13 | 12 | ABOUT, UNDER 3553(A), THE OPPORTUNITY FOR HIM TO BE A |
| 14:41:17 | 13 | BETTER PERSON, FOR HIM TO REDEEM HIMSELF.  THIS IS HIS |
| 14:41:20 | 14 | FIRST FEDERAL CHARGE, FIRST TIME HE WILL DO ANY TIME AT THE |
| 14:41:25 | 15 | BUREAU OF PRISONS.  AND THERE ARE LOTS OF PROGRAMS THAT |
| 14:41:28 | 16 | WILL HELP HIM.  AND I WOULD SAY, YOUR HONOR, AS AN OFFICER |
| 14:41:30 | 17 | OF THE COURT, I VERY MUCH BELIEVE HE IS CAPABLE OF |
| 14:41:33 | 18 | REDEMPTION AND REHABILITATION.  AND I THANK YOU FOR TAKING |
| 14:41:37 | 19 | THOSE THINGS INTO ACCOUNT. |
| 14:41:38 | 20 | THE COURT:  THANK YOU. |
| 14:41:43 | 21 | ALL RIGHT.  MR. WEEKS, THE COURT RECOGNIZES ITS |
| 14:41:45 | 22 | OBLIGATION TO IMPOSE A SENTENCE SUFFICIENT BUT NOT GREATER |
| 14:41:47 | 23 | THAN NECESSARY TO COMPLY WITH THE PURPOSES SET FORTH IN THE |
| 14:41:49 | 24 | STATUTE.  I HAVE CONSIDERED ALL ARGUMENTS THAT YOUR |
| 14:41:52 | 25 | LAWYER'S MADE BOTH HERE IN COURT AND IN THE MEMO.  I HAVE |

14:41:55 1 CONSIDERED THE LETTERS AND OTHER MATERIALS THAT YOUR

14:41:57 2 COUNSEL SUBMITTED. I HAVE CONSIDERED YOUR STATEMENT, SIR.

14:41:59 3 I HAVE CONSIDERED THE POSITION OF THE UNITED STATES. I

14:42:01 4 HAVE CONSIDERED THE ADVISORY GUIDELINE RANGE. AMONG OTHER

14:42:06 5 THINGS, I'M TO CONSIDER THE NATURE AND CIRCUMSTANCES OF THE

14:42:08 6 OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE

14:42:10 7 DEFENDANT, THE NEED FOR THE SENTENCE IMPOSED TO REFLECT THE

14:42:13 8 SERIOUSNESS OF THE OFFENSE, TO PROMOTE RESPECT FOR THE LAW,

14:42:16 9 AND TO PROVIDE JUST PUNISHMENT. THE NEED FOR THE SENTENCE

14:42:19 10 IMPOSED TO DETER OTHERS WHO MIGHT CHOOSE TO ENGAGE IN THE

14:42:22 11 CRIMINAL BEHAVIOR THAT BRINGS YOU HERE. THE NEED FOR THE

14:42:25 12 SENTENCE IMPOSED TO PROTECT THE PUBLIC FROM FURTHER CRIME

14:42:28 13 BY YOU. THE NEED FOR THE SENTENCE IMPOSED TO PROVIDE YOU

14:42:31 14 WITH NEEDED EDUCATIONAL OR VOCATIONAL TRAINING, MEDICAL

14:42:34 15 CARE, OR OTHER CORRECTIONAL TREATMENT IN THE MOST EFFECTIVE

14:42:36 16 MANNER. THE STATUTE LISTS NUMEROUS OTHER FACTORS. I'VE

14:42:39 17 CONSIDERED ALL OF THOSE FACTORS ALTHOUGH I WON'T MENTION

14:42:41 18 EACH ONE INDIVIDUALLY.

14:42:43 19 AS FOR THE NATURE AND CIRCUMSTANCE OF THE OFFENSE,

14:42:44 20 YOU DID PARTICIPATE IN THIS CONSPIRACY TO DISTRIBUTE AND

14:42:47 21 POSSESS WITH THE INTENT TO DISTRIBUTE 400 GRAMS OR MORE OF

14:42:50 22 A MIXTURE OR SUBSTANCE CONTAINING A DETECTIBLE AMOUNT OF

14:42:53 23 FENTANYL. AS WE'VE TALKED ABOUT HERE TODAY, THE REPORT

14:42:56 24 DETAILS THE SCOPE OF THE CONSPIRACY AND DETAILS YOUR

14:43:03 25 CONDUCT IN THIS TIME PERIOD WHEN -- BEGINNING IN

| | |
|---|---|
| 14:43:07 | 1 |
| 14:43:11 | 2 |
| 14:43:21 | 3 |
| 14:43:29 | 4 |
| 14:43:32 | 5 |
| 14:43:36 | 6 |
| 14:43:41 | 7 |
| 14:43:48 | 8 |
| 14:43:57 | 9 |
| 14:44:05 | 10 |
| 14:44:08 | 11 |
| 14:44:12 | 12 |

1  PARAGRAPH -- ESSENTIALLY, IN PARAGRAPH 47 OF THE PSR, IN

2  RETURNING TO RALEIGH IN MAY OF 2024 FROM TEXAS AND YOUR

3  NEPHEW ISAIAH WEEKS.  YOU'RE DRIVING HIM TO COLLECT MONEY

4  BECAUSE THERE'S -- THE PLAN, OBVIOUSLY, IS TO GO TO ARIZONA

5  TO BUY DRUGS.  AND THEN THERE'S THE INFORMATION ABOUT THE

6  GEOLOCATION DATA, THE TEXTS WHERE YOU DISCUSS GOING WITH

7  YOUR NEPHEW TO ARIZONA TO GET THE DRUGS.  AND CERTAINLY

8  THAT THE TEXTS PRIOR TO THAT, IN APRIL OF 2024,

9  REFERENCING, YOU KNOW, A TRAP THAT HAD BEEN HIT.  AND SO --

10  I MEAN, YOU'RE IN IT, CERTAINLY, IN THIS TIME PERIOD.  AND

11  THEN, OBVIOUSLY, YOU TRAVEL WITH THE NARCOTICS ON THE

12  GREYHOUND BUS.  AND WE HAVE THE -- THE ARREST.

13  AND IT'S JUST A SHOCKING AMOUNT OF NARCOTICS, OF

14  FENTANYL.  AND AS I SAID IN TALKING WITH YOUR LAWYER,

15  FENTANYL IS JUST A PLAGUE.  IT HAS BEEN A PLAGUE.  SO MANY

16  FAMILIES HAVE HAD TO BURY THEIR CHILDREN BECAUSE A DRUG

17  DEALER DECIDED TO BE A FENTANYL DEALER.  AND, YOU KNOW,

18  AGAIN, THIS ISN'T A SO-CALLED FENTANYL DEATH CASE.  YOU

19  KNOW, THE -- YOU'RE ARRESTED WITH IT.

20  BUT THE VOLUME OF THE FENTANYL IS JUST STAGGERING,

21  AND THAT IS ONE OF THE FACTORS.  AND I'M NOT GOING TO LET

22  IT OVERWHELM THE 3553(A) FACTORS, BUT IT'S CERTAINLY

23  APPROPRIATE TO CONSIDER WHEN WE THINK ABOUT THE

24  SERIOUSNESS.  EVEN CREDITING, FOR JUST PURPOSES OF

25  DISCUSSION, YOUR COUNSEL'S ARGUMENT ABOUT SORT OF WHERE YOU

14:45:30    1   FIT INTO THIS, THE SHEAR VOLUME OF THIS, AND THEN THE

14:45:36    2   REFLECTION IN THE MESSAGES OF, YOU KNOW, FRONTING DRUGS TO

14:45:41    3   SOMEBODY THAT'S ON AN ANKLE MONITOR, I DON'T REALLY VIEW IT

14:45:45    4   AS PUFFERY AT ALL.  I VIEW IT AS CALLOUSNESS.  AND AGAIN, I

14:45:50    5   THINK IT'S DOUBLE EDGED.

14:45:51    6          THE CHAOS, YOU KNOW, CERTAINLY THE ADULTS IN YOUR

14:45:54    7   LIFE FAILED YOU.  THE REPORT SAID YOUR FATHER WAS 63 WHEN

14:45:58    8   YOU WERE BORN.  YOUR MOTHER HAS DRUG PROBLEMS.  SHE HAS

14:46:03    9   A -- YOU KNOW, EITHER A HEART ATTACK OR AN OVERDOSE OR

14:46:05   10   WHATEVER.  YOU KNOW, SHE'S -- YOU'RE 5 OR 6 AND SHE'S GONE.

14:46:09   11   YOU HAVE ANOTHER -- YOU KNOW, YOU HAVE AN OLDER

14:46:13   12   HALF-BROTHER WHO IS TERRIBLE.  AND YOU -- BUT THEN, YOU

14:46:18   13   KNOW, THE OTHER FLIP SIDE OF IT -- RIGHT?  THE THOMASES'

14:46:21   14   LETTERS ARE VERY COMPELLING.  RIGHT?  BUT YOU COULD BE.

14:46:24   15          AND, YOU KNOW, YOU'RE GOING TO LIVE OUT WHATEVER

14:46:27   16   SENTENCE I GIVE YOU.  YOU HAVE THE CAPACITY AND HAVE ALWAYS

14:46:30   17   HAD THE CAPACITY.  YOU HAD A ROLE MODEL.  RIGHT?  YOU'VE

14:46:34   18   HAD -- YOU'RE A LIVING TESTAMENT TO THE REALITY THAT A

14:46:40   19   PERSON BECOMES PART OF WHAT HE'S AROUND, WHETHER IT'S GOOD

14:46:43   20   OR BAD, WHETHER IT'S UPLIFTING OR DEGRADING.  AND THEN WHO

14:46:46   21   YOU ASSOCIATE WITH WILL INFORM IN DRAMATIC WAYS WHAT YOU

14:46:52   22   BECOME.  BECAUSE WHEN YOU'RE IN THIS LIFE, REFLECTED IN

14:46:58   23   THESE TEXTS AND IN THESE CHOICES HERE -- AND I ALSO GET THE

14:47:03   24   ARGUMENT -- RIGHT?  YOU KNOW, YOU START SMOKING AT 12

14:47:06   25   BECAUSE YOU'RE IN AN ENVIRONMENT WHERE THIS IS JUST NORMAL

| | |
|---|---|
| 14:47:09 | 1 |
BEHAVIOR. IT'S WHAT PEOPLE DO GROWING UP. WELL, YOU'RE 12

14:47:13   2  YEAR OLD, WELL, IT'S TIME TO START SMOKING MARIJUANA.

14:47:16   3       IT'S NOT NORMAL. IT'S NOT HEALTHY. IT'S NOT

14:47:18   4  GOOD. BUT YOU'RE 30. AND THE THOMASES -- THIS IS DOUBLE

14:47:26   5  EDGED. RIGHT? THEY SHOWED YOU THE RIGHT PATH, THE RIGHT

14:47:32   6  CHOICE, THE RIGHT WAY TO LIVE, AND YOU CHOSE A DIFFERENT

14:47:39   7  PATH. AND THERE ARE CONSEQUENCES FOR THAT. ESPECIALLY

14:47:44   8  WHEN IT'S THIS DRAMATICALLY POOR OF A CHOICE, WITH THIS

14:47:52   9  VOLUME OF NARCOTICS, THIS PARTICULAR NARCOTIC.

14:47:59  10       I MEAN, I'VE TAKEN INTO ACCOUNT THE ARGUMENTS. I

14:48:02  11  DON'T THINK THE CRIMINAL HISTORY CATEGORY IS OVERSTATED. I

14:48:06  12  MEAN, I RECOGNIZE THE TIMING ASSOCIATED WITH THE B&ES, THE

14:48:14  13  LARCENY AFTER BREAKING AND ENTERING, IN SCOTLAND COUNTY

14:48:17  14  SUPERIOR COURT. PLEAD GUILTY, GET A SUSPENDED SENTENCE.

14:48:21  15  BUT THEN PROBATION GETS REVOKED BY ENGAGING IN -- YOU KNOW,

14:48:26  16  THE SUPERVISION ADJUSTMENT IS ENGAGING IN NEW CRIMINAL

14:48:29  17  CONDUCT. AND YOU HAVE THE POSSESSION OF FIREARM BY A

14:48:33  18  FELON.

14:48:34  19       AND, AGAIN, YOU KNOW, THERE'S -- THERE'S -- THERE

14:48:38  20  IS SOME WORK HISTORY. I MEAN, YOU HAVE THE CAPACITY TO

14:48:42  21  WORK. YOU CERTAINLY -- THE REPORT INDICATES YOU HAVE SOME

14:48:48  22  COLLEGE, BUT, YOU KNOW, THE REPORT INDICATES AND I -- YOU

14:48:55  23  KNOW, YOUR LAWYER TELLS ME YOU RENOUNCE LIFE IN THE GANG.

14:49:00  24  THE REPORT TELLS ME YOU'RE A THREE STAR. AND THE TEXTS

14:49:04  25  TELL ME AT THE TIME YOU WERE WRITING THEM, WHICH WAS IN

14:49:10  1  2024, YOU WERE ALL IN.  EVEN TO THE SILLINESS OF NOT USING

14:49:17  2  THE LETTER "C."  BITY.  LUNACY.  THAT'S WHAT IT IS.

14:49:28  3        BUT AGAIN, THAT'S CHOICE.  THAT'S LIFE CHOICES.

14:49:33  4  THAT'S DECISIONS ABOUT WHO TO ASSOCIATE WITH.  A PERSON

14:49:36  5  GETS THE LIFE AT WHICH HE AIMS MOST ALL THE TIME.  AIM

14:49:46  6  DOWN, AIM AT "I WANT TO BE IMPORTANT IN THE GANG," YOU GET

14:49:51  7  TO STAND RIGHT WHERE YOU'RE STANDING.  AND ONLY YOU'LL

14:49:57  8  DECIDE.

14:49:57  9        I MAKE EVERY RECOMMENDATION YOUR LAWYER ASKS FOR.

14:50:02  10  AND THE THOMASES CERTAINLY SPEAK OF YOU IN A WAY THAT THEY

14:50:06  11  HAVE HOPE.  AND THEY KNOW YOU BETTER THAN I DO.  BUT YOUR

14:50:14  12  BEHAVIOR, HONESTLY, HAS BROUGHT SHAME TO THEM.  BECAUSE

14:50:19  13  THEY SHOWED YOU A BETTER WAY AFTER SO MANY OTHER PEOPLE

14:50:21  14  FAILED YOU.  AND THEN AGAIN, YOUR CHOICE WAS "I'M READY TO

14:50:28  15  POISON PEOPLE WITH FENTANYL" AS PART OF THIS CONSPIRACY.

14:50:37  16  "EVEN THOUGH I'VE HAD TWO FAMILY MEMBERS DIE OF OVERDOSES

14:50:42  17  OR DRUG-RELATED DISEASES."  THERE IS A SERIOUS

14:50:48  18  DISASSOCIATION.

14:50:48  19        AND I'LL ACCEPT YOUR COUNSEL'S ARGUMENT.  RIGHT?

14:50:52  20  AND I'LL MAKE THE RECOMMENDATION ABOUT DRUG TREATMENT.

14:50:56  21  YEAH, AND ONLY YOU CAN DECIDE *HOW IS MY LIFE GOING?*

14:51:00  22  SMOKING MARIJUANA SINCE YOU WERE 12.  IN THE LIFE.

14:51:04  23  REJECTING THE LIFE THAT THE THOMASES SHOWED YA.  ONLY YOU

14:51:08  24  CAN DECIDE WHICH WAY TO GO.

14:51:13  25        I CAN TELL YOU THIS:  NO SENIOR GANG MEMBER EVER

14:51:17  1  JUST SAYS, YOU KNOW, I HAD A GREAT CAREER IN A GANG, IT'S

14:51:20  2  35 YEARS, GET A NICE LITTLE PENSION, BUY A PLACE DOWN IN

14:51:21  3  SOUTH FLORIDA WHEN I RETIRE.  UH-UH.  THAT'S NOT JUST HOW

14:51:24  4  IT IS.  YOU CAN DIE ON THE STREET, DIE IN A PRISON, AND THE

14:51:35  5  CHOICE IS YOURS.  AND IT ALWAYS HAS BEEN.  AND IT ALWAYS

14:51:39  6  WILL BE.  AND I DON'T THINK A SENTENCE AT THE MANDATORY

14:51:47  7  MINIMUM WOULD PROMOTE RESPECT FOR THE LAW.  I DON'T THINK

14:51:51  8  IT WOULD GENERALLY DETER OTHERS.

14:51:55  9          THOSE WHO THINK *I'M GOING TO MAKE ME SOME MONEY,*

14:52:00  10  *I'M GOING TO BE A FENTANYL DEALER*, THEY NEED TO KNOW

14:52:03  11  THEY'RE GOING TO GET A SERIOUS SENTENCE AROUND HERE.

14:52:10  12  BECAUSE THE PLAGUE NEEDS TO END, OR AT LEAST NEEDS TO SLOW

14:52:19  13  DOWN.  YOU NEED TO BE INCAPACITATED BECAUSE NOTWITHSTANDING

14:52:27  14  THE GLIMMERS OF HOPE IN SOME OF THE LETTERS, SOME OF WHAT

14:52:34  15  YOU SAY IN THESE TEXTS SHOWS ANOTHER SIDE OF YA THAT'S NOT

14:52:39  16  GOOD.  AND I DON'T THINK IT'S ALL JUST BRAVADO.  I THINK

14:52:49  17  IT'S PART OF WHO YOU ARE.  AND THE QUESTION IS WHETHER

14:52:53  18  THAT'S GOING TO CONTINUE TO BE WHO YOU ARE.  AND ONLY

14:52:56  19  YOU'LL DECIDE THAT.

14:52:59  20          THE THOMASES CAN'T HOPE YOU TO A BETTER PLACE.

14:53:02  21  THE ONLY WAY YOU GET TO A BETTER PLACE IS BY CHANGING WHO

14:53:05  22  YOU ASSOCIATE WITH, CHANGING WHAT YOU PUT IN YOUR MIND, AND

14:53:08  23  CHANGING WHAT YOU PUT IN YOUR BODY.  IT'S THE ONLY WAY.

14:53:12  24  AND IF YOU DON'T CHANGE THOSE THINGS, THIS IS GOING TO BE

14:53:16  25  THE FIRST FEDERAL INSTALLMENT OF A TWO- OR THREE-TRIP

TICKET TO LIFE IN PRISON ON THE INSTALLMENT PLAN IN A
FEDERAL PENITENTIARY.

AND THAT'S FAIR, THOUGH.  THAT'S THE THING.  IT'S
FAIR BECAUSE FENTANYL IN PARTICULAR IS DESTROYING SO MANY
LIVES, SO MANY FAMILIES, SO MANY COMMUNITIES, ALL IN THE
NAME OF GREED AND DISASSOCIATING FROM THE DRAMATIC HARM
THAT IT CAUSES TO SO MANY INDIVIDUALS, SO MANY FAMILIES,
HOW MUCH CHAOS IT INTRODUCES TO CHILDREN'S LIVES.

HAVING FULLY CONSIDERED THE ENTIRE RECORD IN THE
CASE, THE NEED TO PROMOTE RESPECT FOR THE LAW, TO PROVIDE
JUST PUNISHMENT, TO INCAPACITATE THIS DEFENDANT, TO
GENERALLY DETER OTHERS, IT'S THE JUDGMENT OF THE COURT THAT
SHAKEIM WEEKS IS HEREBY COMMITTED TO THE CUSTODY OF THE
BUREAU OF PRISONS TO BE IMPRISONED FOR 168 MONTHS.  UPON
RELEASE, YOU'LL BE PLACED ON SUPERVISED RELEASE FOR FIVE
YEARS.

AFTER CAREFULLY CONSIDERING THE PROVISIONS OF
3583(D) AND 3553(A), YOU SHALL COMPLY WITH THE MANDATORY
AND STANDARD CONDITIONS OF SUPERVISION ADOPTED IN THE
EASTERN DISTRICT OF NORTH CAROLINA AS REFERENCED IN THE
GOVERNING STANDING ORDER.  YOU SHALL COMPLY WITH THE
FOLLOWING SPECIAL CONDITIONS WHICH ARE IMPOSED BASED ON THE
NATURE AND CIRCUMSTANCES OF THE OFFENSE, YOUR HISTORY AND
CHARACTERISTICS, YOUR CRIMINAL HISTORY, YOUR SUBSTANCE
ABUSE AND MENTAL HEALTH HISTORY, THE NEED TO ADEQUATELY

14:55:11   1   SUPERVISE YOU BASED ON THESE ISSUES:

14:55:16   2   ONE, YOU SHALL PARTICIPATE AS DIRECTED IN A

14:55:18   3   PROGRAM APPROVED BY PROBATION FOR THE TREATMENT OF NARCOTIC

14:55:20   4   ADDICTION, DRUG DEPENDENCY OR ALCOHOL DEPENDENCY, WHICH

14:55:24   5   WILL INCLUDE URINALYSIS TESTING OR OTHER DRUG DETECTION

14:55:24   6   MEASURES AND MAY REQUIRE RESIDENCE OR PARTICIPATION IN A

14:55:27   7   RESIDENTIAL TREATMENT FACILITY.

14:55:28   8   TWO, YOU SHALL PARTICIPATE IN A PROGRAM OF MENTAL

14:55:30   9   HEALTH TREATMENT AS DIRECTED BY THE PROBATION OFFICE.

14:55:32   10   THREE, YOU SHALL SUBMIT TO A SEARCH AT ANY TIME

14:55:34   11   WITH OR WITHOUT A WARRANT BY ANY LAW ENFORCEMENT OR

14:55:36   12   PROBATION OFFICER OF YOUR PERSON, ANY PROPERTY, HOUSE,

14:55:38   13   RESIDENCE, VEHICLE, AND EFFECTS UPON REASONABLE SUSPICION

14:55:41   14   CONCERNING A VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

14:55:43   15   OR UNLAWFUL CONDUCT BY THE DEFENDANT, OR BY ANY PROBATION

14:55:45   16   OFFICER IN THE LAWFUL DISCHARGE OF THE OFFICER'S

14:55:48   17   SUPERVISION FUNCTIONS. YOU SHALL COOPERATE IN THE

14:55:51   18   COLLECTION OF DNA AS DIRECTED BY THE PROBATION OFFICER.

14:55:52   19   YOU SHALL PAY A SPECIAL ASSESSMENT OF $100, WHICH SHALL BE

14:55:55   20   DUE IMMEDIATELY.

14:55:56   21   I'VE IMPOSED THIS SENTENCE HAVING FULLY CONSIDERED

14:55:59   22   ALL OF THE ARGUMENTS OF COUNSEL. EVEN IF I HAVEN'T

14:56:02   23   PARROTED BACK EVERY ARGUMENT, I BALANCED THE 3553(A)

14:56:06   24   FACTORS DIFFERENTLY THAN DEFENSE COUNSEL SUGGESTED. I

14:56:09   25   BELIEVE I PROPERLY CALCULATED THE ADVISORY GUIDELINE RANGE,

14:56:11   1   PROPERLY ADDRESSED THE OBJECTION, BUT I ANNOUNCE PURSUANT

14:56:14   2   TO *U.S. V. GOMEZ-JIMENEZ*, 750 F.3D 370 (4TH CIR. 2014) AND

14:56:19   3   *U.S. V. HARGROVE*, 701 F.3D 156 (4TH CIR. 2012), THAT I'D

14:56:22   4   IMPOSE THE SAME SENTENCE AS AN ALTERNATIVE VARIANT

14:56:25   5   SENTENCE.  IF I HAVE IN ANY WAY MISCALCULATED THE ADVISORY

14:56:27   6   GUIDELINE RANGE, THIS IS THE SENTENCE SUFFICIENT BUT NOT

14:56:29   7   GREATER THAN NECESSARY FOR MR. WEEKS IN LIGHT OF ALL OF THE

14:56:31   8   3553(A) FACTORS.

14:56:32   9        I RECOMMEND THAT HE BE KEPT SEPARATE FROM

14:56:35  10   CODEFENDANTS IN THE INDICTMENT.

14:56:36  11        I RECOMMEND VOCATIONAL AND EDUCATIONAL

14:56:38  12   OPPORTUNITIES SO MR. WEEKS CAN USE HIS INTELLIGENCE TO GAIN

14:56:41  13   ADDITIONAL SKILLS AND LIVE IN A LAW-ABIDING WAY IN WHATEVER

14:56:44  14   TIME HE HAS REMAINING ON THIS EARTH.

14:56:46  15        I RECOMMEND THE MOST INTENSIVE SUBSTANCE ABUSE

14:56:47  16   TREATMENT AVAILABLE.

14:56:48  17        I RECOMMEND A MENTAL HEALTH EVALUATION AND

14:56:51  18   TREATMENT.

14:56:52  19        I RECOMMEND A B.O.P. IN NORTH CAROLINA, VIRGINIA,

14:56:59  20   OR SOUTH CAROLINA SUBJECT TO THE KEEP SEPARATE ORDER.  THE

14:57:03  21   KEEP SEPARATE ORDER IS THE MOST IMPORTANT PART OF THAT.  HE

14:57:06  22   SHOULD NOT BE HOUSED WITH ANY OF HIS CODEFENDANTS.

14:57:09  23        MR. WEEKS, YOU CAN APPEAL YOUR CONVICTION IF YOU

14:57:11  24   BELIEVE THAT YOUR GUILTY PLEA WAS SOMEHOW UNLAWFUL OR

14:57:13  25   INVOLUNTARY, IF THERE'S SOME OTHER FUNDAMENTAL DEFECT IN

14:57:16　1　THE PROCEEDING THAT WAS NOT WAIVED BY YOUR GUILTY PLEA.

14:57:17　2　YOU ALSO HAVE A STATUTORY RIGHT TO APPEAL YOUR SENTENCE

14:57:19　3　UNDER CERTAIN CIRCUMSTANCES, PARTICULARLY IF YOU THINK YOUR

14:57:21　4　SENTENCE IS CONTRARY TO LAW.

14:57:23　5　　　　　WITH FEW EXCEPTIONS, ANY NOTICE OF APPEAL MUST BE

14:57:25　6　FILED WITHIN 14 DAYS OF THE JUDGMENT BEING ENTERED ON THE

14:57:28　7　DOCKET IN YOUR CASE.  IF YOU'RE UNABLE TO PAY THE COST OF

14:57:30　8　AN APPEAL, YOU MAY APPLY FOR LEAVE TO APPEAL IN FORMA

14:57:33　9　PAUPERIS.  IF YOU SO REQUEST, THE CLERK OF COURT WILL

14:57:35　10　PREPARE AND FILE A NOTICE OF APPEAL ON YOUR BEHALF.

14:57:37　11　　　　　MR. ALLEN, ARE THERE ANY OTHER RECOMMENDATIONS YOU

14:57:40　12　WANTED ME TO MAKE OR ANY OTHER 3553(A) FACTORS YOU WANTED

14:57:43　13　ME TO ADDRESS?

14:57:43　14　　　　　MR. ALLEN:  NO, YOUR HONOR.  THANK YOU.

14:57:44　15　　　　　THE COURT:  ANYTHING ELSE, MS. PEADEN?

14:57:46　16　　　　　MS. PEADEN:  NO, YOUR HONOR.  THANK YOU.

14:57:47　17　　　　　THE COURT:  I THANK COUNSEL FOR THEIR WORK.  THAT

14:57:47　18　WILL CONCLUDE THE MATTER OF MR. WEEKS.

14:57:48　19　　　　　GOOD LUCK TO YOU, SIR.

14:57:48　20　　　　　MR. ALLEN:  YOUR HONOR, I BEG YOUR PARDON.  MAY I

14:57:51　21　PRESERVE AN OBJECTION TO THE ALTERNATE VARIANCE?

14:57:54　22　　　　　THE COURT:  YES.

14:57:56　23　　　　　MR. ALLEN:  THANK YOU, YOUR HONOR.

14:57:56　24　　　　　　　(THE PROCEEDINGS CONCLUDED AT 2:57 P.M.)

25　　　　　　　　　*　　　*　　　*

```
  1                 UNITED STATES DISTRICT COURT

  2              EASTERN DISTRICT OF NORTH CAROLINA

  3

  4

  5              CERTIFICATE OF OFFICIAL REPORTER

  6

  7              I, JENNIFER C. CARROLL, RMR, CRR, CRC,

  8    FEDERAL OFFICIAL COURT REPORTER, IN AND FOR THE UNITED

  9    STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH

 10    CAROLINA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

 11    TITLE 28, UNITED STATES CODE, THAT THE FOREGOING IS A TRUE

 12    AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

 13    PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

 14    TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

 15    REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED

 16    STATES.

 17

 18

 19    DATED THIS 11TH DAY OF AUGUST, 2025.

 20

 21
                              /S/ JENNIFER C. CARROLL
 22                           JENNIFER C. CARROLL, RMR, CRR, CRC
                              U.S. OFFICIAL COURT REPORTER
 23

 24

 25
```